FILED

2003 NOV 17 P 12: 26

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS | : | PRISONER |
| | : | NO. 3:03CV544(WWE)(HBF) |
| VS. | : | |
| | : | |
| WARDEN LARRY MYERS, ET AL. | : | NOVMEBER 12, 2003 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in their official capacities only in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 12th day of November, 2003.

DEFENDANT,
Warden Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. 05326
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: ann.lynch@po.state.ct.us

## CERTIFICATION

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 13th day of November, 2003:

Corey Brooks, Inmate No. 237651  
Northern Correctional Institution  
287 Bilton Road, PO Box 665  
Somers, CT  06071

                                              Ann E. Lynch  
                                              Assistant Attorney General