NOV 2 5 2003    UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PLAINTIFF
COREY BROOKS

VS.                                        CASE NO. 3:03CV00544(WWE)(HBF)

2003 [...] 17 P 3:20

DEFENDANTS
LARRY MYERS et., al.


### MOTION TO PRESERVE EVIDENCE

PURSUANT TO ALL APPLICABLE RULES OF FEDERAL CIVIL PROCEDURES AND THE
LOCAL RULES OF THIS DISTRICT COURT, THE PRO-SE PLAINTIFF RESPECTFULLY RE-
QUEST THIS COURT TO ORDER THE DEFENDANTS "TO NOT" DESTROY THE HAND HELD
VIDEO-CASSETTE TAPES OF THIS INCIDENT OF AUG 26TH, 02 WHICH CAUSED THIS ACTION.
ALL VIDEO TAPES IN ONE EAST UNIT, DAY ROOM THAT MONITOR CELLS 109 THROUGH
117 (AURORA CAMERAS).

THIS VIDEO-CASSETTE TAPE PERSERVING IS ABSOLUTELY NECESSARY TO AVOID ANY
FACTUAL DISPUTES, LATER ON, AND ANY DISCREPANCIES OF INCIDENT.

WHEREFORE THE PRO-SE PLAINTIFF PRAYS THAT THIS COURT GRANTS THIS
MOTION TO PRESERVE EVIDENCE (VIDEO-TAPES).


                                        Corey Brooks
                                        COREY BROOKS

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON THIS DAY OF NOVEMBER, 24 2003. AND RESUBMITTED ON THIS DAY OF DECEMBER,     2003

TO: ANN E. LYNCH
ASSISTANT ATTORNEY GENERAL
110 SHERMAN ST.
HARTFORD, CT. 06105

PRO-SE LITIGANT
BY. COREY BROOKS #237651
Corey Brooks
NORTHERN C.I.
287 BILTON RD.
SOMERS, CT 06071