FILED

2004 JAN -8  P 12: 25

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COREY BROOKS                :     PRISONER
                            :     NO. 3:03CV00544(MRK)(HBF)
VS.                         :
                            :
LARRY MYERS, ET AL.         :     JANUARY 7, 2004

### RESPONSE TO PLAINTIFF'S MOTION TO PRESERVE EVIDENCE

Defendants herein respond to plaintiff's Motion To Preserve Evidence dated December 17, 2003.

The facility will retain the original hand held video cassette of the August 26, 2002 cell extraction of plaintiff until such time as this litigation is concluded. See attached affidavit of Major Terence Rose.[1] However, Aurora Tapes are recycled every 90 days and thus is no longer available for August 26, 2002. See attached affidavit from Major Terence Rose. Accordingly, this Court cannot order that the Aurora Tapes be presented because they no longer exist. See attached Affidavit from Major Terence Rose.

**WHEREFORE**, for all of the foregoing reasons, the motion to preserve evidence should be granted in part and denied in part.

---

[1] A faxed copy of Major Rose's affidavit is attached hereto. The original will be filed with the court within one week of the undersigned's receipt of same.

DEFENDANTS,
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct05326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: ann.lynch@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 7th day of January, 2004:

Corey Brooks, Inmate No. 237651
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

_____
Ann E. Lynch
Assistant Attorney General

2

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS | : | PRISONER |
| VS. | : | NO. 3:03CV00544(WWE)(HBF) |
| LARRY MYERS, ET AL. | : | January 6, 2004 |

### AFFIDAVIT OF MAJOR TERENCE ROSE

STATE OF CONNECTICUT            :
                                : ss. Hartford, Connecticut
COUNTY OF HARTFORD              :

The undersigned being duly sworn hereby deposes and says:

1. I am over the age of eighteen (18) and believe in the obligations of an oath;

2. The facility will retain the original hand-held video tape of the August 26, 2002 cell extraction of Inmate Brooks until such time as this litigation is concluded.

3. It was the policy to recycle the Aurora Tapes every 90 days back in August 2002 unless a tape showed something out of the ordinary and was pulled and preserved.

4. I have made a search for the Aurora Tape from 1 East on August 26, 2002, but it does not exist. It appears to have been recycled in the ordinary course of business.

_____
Major Terence Rose

Subscribed and sworn to before me this 6TH day of January, 2004.

_____
Robyn DiBennano
Assistant Attorney General
Commissioner of the Superior Court
My Commission Expires: June 30, 2005

DEFENDANTS,
Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Ann E. Lynch
Assistant Attorney General
Federal Bar No. ct05326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: ann.lynch@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 7th day of January, 2004:

Corey Brooks, Inmate No. 237651
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT 06071

_____
Ann E. Lynch
Assistant Attorney General