FILED
2004 JAN 20 P 5: 11
US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COREY BROOKS | : PRISONER |
|  | : NO. 3:03CV00544(WWE)(HBF) |
| VS. | : |
| LARRY MYERS, ET AL. | : January 6, 2004 |

### AFFIDAVIT OF MAJOR TERENCE ROSE

STATE OF CONNECTICUT     :
                         :  ss. Hartford, Connecticut
COUNTY OF HARTFORD       :

The undersigned being duly sworn hereby deposes and says:

1. I am over the age of eighteen (18) and believe in the obligations of an oath;

2. The facility will retain the original hand-held video tape of the August 26, 2002 cell extraction of Inmate Brooks until such time as this litigation is concluded.

3. It was the policy to recycle the Aurora Tapes every 90 days back in August 2002 unless a tape showed something out of the ordinary and was pulled and preserved.

4. I have made a search for the Aurora Tape from 1 East on August 26, 2002, but it does not exist. It appears to have been recycled in the ordinary course of business.

_____
Major Terence Rose

Subscribed and sworn to before me this 6TH day of January, 2004.

_____
Robyn DiGennaro
Assistant Attorney General
Commissioner of the Superior Court
My Commission Expires: June 30, 2005