UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COREY BROOKS

    v.                                                PRISONER
                                               Case No.     3:03CV544 (WWE) (HBF)

LARRY MYERS, ET AL.

## RULING AND ORDER

The plaintiff asks the court to order the defendants to preserve the videotape of the extraction of the plaintiff from his cell on August 26, 2002, as well as the Aurora Tapes from the One East Unit Day Room for that same date.  Counsel for the defendants has represented to the court that Northern Correctional Institution shall retain the hand-held videocassette of the August 26, 2002 cell extraction until the conclusion of this case.  Counsel indicates that the Aurora Tapes are routinely recycled every ninety days.  Correctional officials have been unable to find the Aurora Tapes from August 26, 2002, and presume that they were recycled.

The plaintiff's Motion to Preserve Evidence [doc. #19] is GRANTED as to the hand-held videocassette of the August 26, 2002 cell extraction and DENIED as moot as to the Aurora Tapes.

SO ORDERED in Bridgeport, Connecticut, this <u>5th</u> of February 2004.

                                                         /s/
                                           Holly B. Fitzsimmons
                                           United States Magistrate Judge