**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

COREY BROOKS                    :        PRISONER
                                :        NO. 3:03CV544 (WWE) (HBF)
         VS.                    :
                                :
LARRY MYERS ET AL.              :        FEBRUARY 27, 2004

**DEFENDANT'S MOTION FOR LEAVE TO
DEPOSE PERSON CONFINED IN PRISON**

        Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants Larry

Myers, et al. request leave of the court to depose, the plaintiff, Corey Brooks a person confined

at the MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut on

Tuesday March 30, 2004 at 9:00 AM at said prison, before Brandon Smith Reporting Service or

any person authorized to take depositions in the State of Connecticut.  Defendants also seek

permission to depose Mr. Brooks on such further dates and locations as necessary, until such

deposition is completed.  Defendant merely seeks an opportunity to discover the nature and basis

of plaintiff's claims.

        In addition, defense counsel requests that the court allow a correctional officer to be

present during Mr. Brook's deposition for the safety and security of defense counsel and the

court reporter.

**WHEREFORE**, defendant respectfully requests leave to depose Corey Brooks a person confined to prison.

DEFENDANTS,
JOHN ARMSTRONG ET AL

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:_____
Ann E. Lynch
Assistant Attorney General
Federal Bar No:  ct08326
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No. (860) 808-5591
E-mail:  ann.lynch@po.state.ct.us

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 27th day of February, 2004 to:

Corey Brooks, Jr. Inmate No. 237651
MacDougall Correctional Institution
1153 East Street South
Suffield, CT  06080

Brandon Smith Reporting Service
44 Capitol Avenue
Hartford, CT  06106

_____
Ann E. Lynch
Assistant Attorney General