### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | PRISONER |
| *PLAINTIFF,* | : | NO. 3:03CV544 (WWE)(HBF) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL., | : | |
| *DEFENDANTS.* | : | FEBRUARY 26, 2004 |

### <u>DEFENDANTS' MOTION TO DISMISS COMPLAINT</u>

Pursuant to Rule 12 of the Federal Rules of Civil Procedure and D. Conn. L. R. 7, the defendants Larry Myers et al respectfully move to dismiss the money damages claims against them in their official capacities as these claims are barred by the Eleventh Amendment and sovereign immunity. In addition, the defendants move to dismiss the claims for injunctive relief as they are now moot. Finally, the defendants Myers, Butler, Reagan, Dudley and Badura move to dismiss the claims against them as plaintiff does not allege any facts to suggest that they denied his constitutional rights. In further support of this motion, defendants submit the attached memorandum of law to which the court is respectfully referred.

DEFENDANTS

Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

_____

By:  Ann E. Lynch
     Assistant Attorney General
     Federal Bar No. ct10835
     110 Sherman Street
     Hartford, CT 06105
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591
     Fed Bar No. Ct 08326

## <u>CERTIFICATION</u>

I hereby certify that a copy hereof was mailed on this 26th day of February 2004, first class postage prepaid, to:

Corey Brooks, Inmate #237651
MacDougall Correctional Institution
1153 East Street South
Suffield, CT 06080

_____
Ann E. Lynch
Assistant Attorney General