UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | PRISONER |
| COREY BROOKS | ) | Case No.3:03cv544(WWE)(HBF) |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| LARRY MYERS ET AL | ) | Notice of Manual Filing |
|  | ) |  |
|  | ) |  |

    Please take notice that Defendants, Larry Myers et al have manually filed the following document or thing

    Inmate Grievance Form dated September 11, 2002, number 141-2003-109

    Inmate Grievance Form dated September 11, 2002, number 141-2003-108

This document has not been filed electronically because

[x]    the document or thing cannot be converted to an electronic format
[ ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,

    _____

    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, Ct, 06105
    Phone: (860) 808-5450
    Fax: (860) 808-5591
    E-mail: ann.lynch@po.state.ct.us
    Ct08326

CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed this ___ day of February 26, 2004, first class postage prepaid, to:

Corey Brooks
#237651
Northern Correctional Institution
287 Bilton Road
Somers Ct 06071

_____
Ann E. Lynch
Assistant Attorney General