UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COREY T. BROOKS #237651
PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

V.

LARRY MYERS et. al.
DEFENDANTS

### NOTICE OF MOTION FOR DEFAULT JUDGMENT

TO: LARRY MYERS et. al. C/O ASSISTANT ATTORNEY GENERAL ANN E. LYNCH

PLEASE TAKE NOTICE THAT PLAINTIFF WILL MAKE APPLICATION TO THE COURT, AT UNITED STATES DISTRICT COURT, 915 LAFAYETTE BLVD. BRIDGEPORT, CONNECTICUT 06604

DATE: FEBUARY 25, 2004
COREY T. BROOKS #237651
Corey Brooks
MACDOUGALL C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

# CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAIL ON THIS DAY OF FEBUARY 25, 2004

TO: ASSISTANT ATTORNEY
    GENERAL
    ANN E. LYNCH
    110 SHERMAN STREET
    HARTFORD, CONNECTICUT 06105

BY COREY BROOKS #237651
*Corey Brooks*
MACDOUGALL CORR. INST.
1153 EAST STREET SOUTH
SUFFIELD, CT 06080