UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2004 FEB 27  A 11: 02

COREY T. BROOKS #237651
PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

V.

LARRY MYERS et., al
DEFENDANTS

## MOTION FOR DEFAULT JUDGMENT

THE PLAINTIFF COREY T. BROOKS MOVES THE COURT TO ENTER A DEFAULT JUDGMENT AGAINST DEFENDANTS WARDEN LARRY MYERS et., al FOR $100,000, AND STATES:

1. A DEFAULT HAS BEEN ENTERED AGAINST DEFENDANTS LARRY MYERS et., al FOR FAILURE TO ANSWER OR OTHERWISE DEFEND IN THE ABOVE ENTITLED MATTER.

2. DEFENDANTS LARRY MYERS et., al ARE NOT IN THE MILITARY SERVICE AS SHOWN BY THE ATTACHED AFFIDAVIT.

DATE:
FEBUARY 18, 2004

COREY T. BROOKS #237651

MACDOUGALL CORR. INST.

1153 EAST STREET SOUTH

SUFFIELD, CONNECTICUT 06080