UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 27 A 11:01

COREY T. BROOKS #237651
PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

V.

LARRY MYERS et. al.
DEFENDANTS

### REQUEST FOR ENTRY OF DEFAULT

TO: CLERK OF THE COURT FOR THE DISTRICT OF CONNECTICUT.

YOU WILL PLEASE ENTER THE DEFAULT OF DEFENDANTS LARRY MYERS et.al FOR FAILURE TO PLEAD OR OTHERWISE DEFEND AS PROVIDED BY THE FEDERAL RULES OF CIVIL PROCEDURE, AS APPEARS FROM THE ATTACHED AFFIDAVIT OF COREY T. BROOKS.

DATE: FEBUARY 18, 2004

COREY T. BROOKS #237651
MACDOUGALL CORR. INST.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080