UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 27  A 11:01

COREY T. BROOKS #237651
PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

V

LARRY MYERS et., al.
DEFENDANTS

## AFFIDAVIT FOR ENTRY OF DEFAULT

THE PLAINTIFF COREY T. BROOKS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PRO SE PLAINTIFF IN THE ABOVE ENTITLED MATTER.

2. THE DEFENDANTS LARRY MYERS et., AL WERE SERVED WITH A COPY OF THE SUMMONS AND COMPLAINT AS APPEARS FROM THE PROOF OF SERVICE ON FILE.

3. THE DEFENDANTS LARRY MYERS ET., AL HAVE NOT FILED OR SERVED AN ANSWER OR TAKEN OTHER ACTION AS MAY BE PERMITTED BY LAW ALTHOUGH MORE THAN 60 DAYS HAVE PASSED SINCE THE DATE OF SERVICE.

COREY T. BROOKS #237651
MACDOUGALL CORR. INST.
1153 EAST STREET SOUTH
SUFFIELD, CONNECTICUT 06080

SWORN TO BEFORE ME THIS 5 FEBRUARY, 2004

JOSEPH P. MCGUIRE
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2007

NOTARY PUBLIC

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON THIS DAY OF FEBUARY 25, 2004

TO: ASSISTANT ATTORNEY
    GENERAL
    ANN E. LYNCH
    110 SHERMAN STREET
    HARTFORD, CT 06105

BY COREY BROOKS #237651

*Corey Brooks*

MACDOUGALL CORR. INST.
1153 EAST STREET SOUTH
SUFFIELD, CT 06080