UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COREY T. BROOKS #237651
PLAINTIFF

CASE NO. 3:03CV00544 (WWE)(HBF)

V.

LARRY MYERS et, al
DEFENDANTS

FILED
2004 FEB 27 A 11:02

AFFIDAVIT AS TO MILITARY SERVICE

COREY T. BROOKS, BEING DULY SWORN, DEPOSES AND SAYS:

1. I'AM THE PRO SE PLAINTIFF IN THE ABOVE ENTITLE MATTER. I MAKE THIS AFFIDAVIT PURSUANT TO THE REQUIREMENTS OF THE SOLDIERS' AND SAILORS' CIVIL RELIEF ACT, 50 U.S.C., APPENDIX.

2. THE DEFENDANTS WARDEN LARRY MYERS et, al HAS WORKED AT THE NORTHERN C.I SINCE PLAINTIFF WAS FRIST INCARCERATED THEIR IN 2000.

3. BASED ON THAT FACT, THE PLAINTIFF IS CONVINCED THAT DEFENDANTS LARRY MYERS et, al ARE NOT IN THE MILITARY SERVICE OF THE UNITED STATES.

COREY BROOKS #237651
MACDOUGALL CORR. INST.
1153 EAST STREET SOUTH
SUFFIELD, CT. 06080

SWORN TO BEFORE ME THIS
18 DAY OF FEBRUARY
JOSEPH P. MCGUIRE
NOTARY PUBLIC
MY COMMISSION EXPIRES MAR. 31, 2007

NOTARY PUBLIC