UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | PRISONER |
|---|---|---|
| COREY BROOKS | : | CIVIL NO. 3:03CV544(WWE)(HBF) |
| V. | : | |
| WARDEN LARRY MYERS, ET AL. | : | MARCH 22, 2004 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

PLEASE ENTER MY APPEARANCE on behalf of all defendants in their individual capacities in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 22nd day of March, 2004.

DEFENDANT
Warden Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:___/s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860) 808-5450
Fax: (860) 808-5591
E-Mail: ann.lynch@po.state.ct.us
Federal Bar #ct05326

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid,

this 22nd day of March 2004:

Corey Brooks, Inmate #237651
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080


___/s/_____
Ann E. Lynch
Assistant Attorney General