UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 MAR 29 P 5: 10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY BROOKS

v.

LARRY MYERS, et al.

PRISONER
Case No.   3:03CV544 (WWE) (HBF)

RULING AND ORDER

The defendants seek leave to depose the plaintiff on March 30, 2004, and such further dates as necessary, until the deposition is completed. The defendants also seek a court order to permit a correctional officer to be present during the deposition for the safety and security of defense counsel and the reporter. Pursuant to Rule 30(a)(2), Fed. R. Civ. P., the Motion to Take Deposition [doc. # 28] of the plaintiff is GRANTED.

SO ORDERED in Bridgeport, Connecticut, this ___29___ of March, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge