UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS | : | PRISONER |
| | : | NO. 3:03CV544 (WWE) (HBF) |
| VS. | : | |
| | : | |
| LARRY MYERS ET AL. | : | MAY 12, 2004 |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC TO RESPOND TO REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, and D. Conn. L. Civ. R. 7, the defendants Larry Myers, et al. respectfully request an extension of time nunc pro tunc until June 17, 2004 to respond to plaintiff's November 25, 2003 Request for Production of Documents. Defense counsel misplaced this request but was recently reminded by plaintiff of the outstanding discovery request by plaintiff. Defendants will endeavor to gather responsive documents and respond to the request earlier than June 17, 2004.

The pro se plaintiff is incarcerated and thus defendants do not know what his position is with respect to this motion for enlargement of time.

**WHEREFORE**, defendant respectfully an enlargement of time until June 17, 2004 to respond to plaintiff's Request for Production of Documents.

          DEFENDANTS,
          JOHN ARMSTRONG ET AL

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


BY:__/s/_____
Ann E. Lynch
Assistant Attorney General
Federal Bar No: ct08326
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
Fax No. (860) 808-5591
E-mail: ann.lynch@po.state.ct.us

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed in accordance with Rule 5(b), Fed. R. Civ. P., this 12th day of May, 2004 to:

Corey Brooks, Jr. Inmate No. 237651
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

_/s/_____
Ann E. Lynch
Assistant Attorney General