UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | CIVIL NO. 3:03CV544 (WWE) (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| WARDEN MYERS, ET AL, | : | |
| *Defendants* | : | MAY 27, 2004 |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 56, defendants Warden Myers et al respectfully move for summary judgment in this matter. First, plaintiff cannot establish that he was subjected to excessive force. Second, plaintiff cannot prove that Myers, Coates, Knapp, Butler, Regan, Howes, Oberg, Pafumi and Jones did anything to violate his constitutional rights. Third, plaintiff cannot recover compensatory damages as he cannot demonstrate an actual physical injury as required under the Prison Litigation Reform Act. Fourth, plaintiff cannot prove that defendants Badura or Dudley were deliberately indifferent to his medical needs. Fifth, defendants have qualified immunity.

In further support of this motion, defendants submit the attached Local Rule 56(a) statement, the attached memorandum of law, and the attached exhibits to which the court is respectfully referred.

        DEFENDANTS

        Larry Myers, et al

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

          /s/
By:  Ann E. Lynch
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT 06105
      Tel.: (860)808-5450
      Fax: (860) 808-5591
      Federal Bar No. ct08326

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, postage prepaid, this _____ day of May 2004 to:

    Corey Brooks, #237651
    Cheshire Correctional Institution
    900 Highland Ave.
    Cheshire Ct 06410

          /s/
        Ann E. Lynch
        Assistant Attorney General