UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | CIVIL NO. 3:03CV544 (WWE) (HBF) |
|    *Plaintiff*, | : | |
| v. | : | |
| | : | |
| WARDEN MYERS, ET AL, | : | |
|    *Defendants* | : | MAY 26, 2004 |

### AFFIDAVIT OF LT. KEVIN MANLEY

**I, LIEUTENANT KEVIN MANLEY**, being duly sworn, depose and say:

1.   I am employed by the State of Connecticut Department of Correction ("DOC") as a lieutenant at MacDougall Correctional Institution ("MCI"). I have been employed with DOC since September 1993. I worked at NCI from August 1998 to January 2003. As such, I am duly familiar with the facts set forth below.

2.   On August 26, 2002, at approximately 2:59 PM, I was advised by Captain Butler, the Unit Manager for 1 East and 1 West, who worked first shift, 7AM to 3 PM, that inmates Veron Robinson and inmate Corey Brooks were in cell 1 East 112 with a covering over their cell door window and thus staff could not see into their cell.

3.   I was told by Captain Butler that inmate Robinson got angry with a female correctional officer, Officer Young, because inmate Robinson believed that she had thrown out a poem from his mail.

4.   Officer Young denied the allegations. I then went to cell 112 and ordered inmate Robinson to remove the covering on his cell door window.

5.   Because neither inmate in the cell removed the window covering, I left the tier briefly to call for an extraction team.

6. An extraction team takes some time to assemble as staff must be pulled from other positions throughout the facility. In addition, these staff members have to put on special protective gear.

7. However, any time a cell window is covered, I am concerned about what is happening in the cell. Thus, while I was awaiting the arrival of the cell extraction team, I went back to cell 112 in an attempt to get the inmates in said cell, Robinson and Brooks to remove the window covering.

8. I ordered both inmate Brooks and inmate Robinson to take down the cell window covering. I also warned both inmate Brooks and inmate Robinson that if the cell covering was not removed, force would be used up to and including a chemical agent. Someone from within the cell yelled in response "shove it up your ass."

9. Neither inmate removed the window covering. Accordingly, the food trap slot was opened and then someone from within the cell sprayed out an unknown liquid substance. I then deployed one one second burst of cap-stun. Inmate Robinson was ordered to remove the window covering which he refused to do.

10. Accordingly, I deployed a second one second burst of cap-stun into the cell. After the cap-stun was deployed, inmate Robinson removed the cell window covering and turned on the cell light. However, inmate Robinson ran into the cell window yelling that he had a bag of books, that staff should get ready and come on in. In addition, inmate Robinson refused to come to the door to be handcuffed.

11. Accordingly, I disbursed a third one second burst of cap stun into the cell. Inmate Robinson, the attempted to block the food trap with his mattress so I attempted to

disburse a fourth one second burst of cap-stun, however, I was partially prevented from doing so by the mattress.

    12. I then ordered inmate Brooks who had a towel wrapped around his mouth and head to approach the door to be handcuffed, which he did. Inmate Brooks then returned to his bunk. It was only after inmate Brooks cuffed up that inmate Robinson agreed to come to the door to be cuffed.

    13. Once both inmates were cuffed up, I awaited the arrival of the cell extraction team to escort both inmates out of the cell.

    __/s/_____

    Lt. Kevin Manley

Subscribed to and sworn before me, this ____ day of May 2004.

    __/s/_____
    Notary Public/Commissioner of the
    Superior Court
    My Commission expires:

DEFENDANTS

LARRY MYERS, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

              /s/
By:   Ann E. Lynch
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT 06105
       Tel.: (860)808-5450
       Federal Bar No. ct08326

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, postage prepaid, this _____ day of May 2004 to:

Corey Brooks, #237651
Cheshire Correctional Institution
900 Highland Ave.
Cheshire Ct 06410

              /s/
       Ann E. Lynch
       Assistant Attorney General