UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | CIVIL  NO. 3:03CV544 (WWE) (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| WARDEN MYERS, ET AL, | : | |
| *Defendants* | : | MAY 12, 2004 |

<u>**AFFIDAVIT OF NURSE STEPHEN BADURA**</u>

**I, STEPHEN BADURA, R.N.**, being duly sworn, depose and say:

1.     I am employed as a registered nurse by the State of Connecticut University of Connecticut Managed Health Care ("UCMHC") which provides medical and mental health care to inmates committed to the custody of the Commissioner of the Connecticut Department of Correction.  I have been employed with UCMHC since February 11, 2000. I have worked at the Northern Correctional Institution ("NCI") since February 11, 2000. As such, I am duly familiar with the facts set forth below.

2). On August 26, 2002 at approximately 8:30 PM, I saw inmate Corey Brooks, # 237651, standing at his door.  Inmate Brooks was alert and oriented.  At that time, I did not observe any injuries on inmate Brooks nor did he voice any medical complaints to me.   I did note that he had ample spacing between his restraints and his extremities.

　　　　　　　　　　　　　　 _/s/_____

　　　　　　　　　　　　　　 Stephen Badura, R.N.

Subscribed to and sworn before me, this _____ day of May 2004.


　　　　　　　　　　　 _/s/_____

　　　　　　　　　　　 Notary Public/Commissioner of the
　　　　　　　　　　　 Superior Court
　　　　　　　　　　　 My Commission expires:
　　　　　　　　　　　　　　　　 DEFENDANTS


2

LARRY MYERS, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL


　　　　　　　　　/s/_____
By:　　Ann E. Lynch
　　　　Assistant Attorney General
　　　　110 Sherman Street
　　　　Hartford, CT 06105
　　　　Tel.:  (860)808-5450
　　　　Federal Bar No. ct08326

## CERTIFICATION

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a

copy of the foregoing was mailed, postage prepaid, this _____ day of May 2004 to:

　　　　Corey Brooks, #237651
　　　　Cheshire Correctional Institution
　　　　900 Highland Ave.
　　　　Cheshire Ct 06410


　　　　　　　　　/s/_____
　　　　Ann E. Lynch
　　　　Assistant Attorney General