CUNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | CIVIL NO. 3:03CV544 (WWE) (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| WARDEN MYERS, ET AL, | : | |
| *Defendants* | : | MAY 13, 2004 |

## AFFIDAVIT OF NURSE COLLEEN DUDLEY

**I, COLLEEN DUDLEY, R.N.**, being duly sworn, depose and say:

1. I am employed as a registered nurse by the State of Connecticut University of Connecticut Managed Health Care ("UCMHC") which provides medical and mental health care to inmates committed to the custody of the Commissioner of the Connecticut Department of Correction. I have been employed with UCMHC since December 1999. I have worked at the Northern Correctional Institution ("NCI") since December 1999. As such, I am duly familiar with the facts set forth below.

2). On or about August 26, 2002, I saw inmate Corey Brooks #237651 for Cap-stun exposure. I flushed his eyes. I noted that inmate Brooks was alert and oriented times three meaning that he knew the date, place and his name. Inmate Brooks speech was clear, his blood pressure was normal: 138/86, his respiration was normal 18, his oxygen saturation levels were excellent at 97%. In addition, I listened to both of inmate Brooks' lungs which were clear. I asked inmate Brooks if he any problems or complaints and he indicated that he did not have any such issues.

3). A few moments later, I checked inmate Brooks' restraints. I was able to get two fingers between both his wrist restraints and his ankle restraints. I noted that he had good circulation and good range of motion.

                 /s/
                Colleen Dudley, R.N.

Subscribed to and sworn before me, this _____ day of May 2004.


            /s/
            Notary Public/Commissioner of the
            Superior Court
            My Commission expires:

DEFENDANTS

LARRY MYERS, et al

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:  /s/_____
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel.: (860)808-5450
Federal Bar No. ct08326

## CERTIFICATION

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, postage prepaid, this _____ day of May 2004 to:

Corey Brooks, #237651
Cheshire Correctional Institution
900 Highland Ave.
Cheshire Ct 06410

 /s/_____
Ann E. Lynch
Assistant Attorney General