\* \* \* \* \*  P U B L I C   I N F O R M A T I O N   D I S C L O S U R E  \* \* \* \* \*

EXCEPT AS FOLLOWS, NO INFORMATION ABOUT THIS INMATE MAY BE RELEASED TO ANYONE WITHOUT HIS/HER WRITTEN AUTHORIZATION.

NAME : BROOKS,COREY           NUMBER :  237651  DOB : 9/24/1978

STATUS : SENTENCED          BOND :     0

OFFENSE: 53A032  VIOLATION OF PROB OR COND DISCHARGE

CURRENT LOCATION : CHESHIRE CC       ADMISSION DATE : 1/27/2000

SENTENCE DATE          MINIMUM SENTENCE     MAXIMUM SENTENCE
 9/07/2000             Y  M  D        12Y  M  D

MINIMUM RELEASE DATE :  0/00/0000   MAXIMUM RELEASE DATE : 1/26/2010

ESTIMATED RELEASE:              DETAINER : NONE

FORMS AUTHORIZING RELEASE OF FURTHER INFORMATION ARE AVAILABLE FROM ALL CORRECTIONAL FACILITIES.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Z563  5/26/2004 CT DEPT OF CORRECTION -- PUBLIC DISCLOSURE  RT80 END

TRANSACTION: RT80  NUMBER: 00237651