1

```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3

 4

 5   ------------------------------------)

 6   COREY BROOKS,                       )

 7            Plaintiff                  )

 8   VS.                                 )   CIVIL ACTION NO.

 9   LARRY MYERS, ET AL,                 )   3:03CV544(WWE)(HBF)

10           Defendants                  )

11   ------------------------------------)

12

13

14

15           DEPOSITION OF: COREY BROOKS

16           DATE:  MARCH 30, 2004

17           HELD AT: MacDOUGALL-WALKER CORRECTIONAL INSTITUTION,

18           1153 EAST STREET SOUTH, SUFFIELD, CONNECTICUT

19

20

21

22        Reporter:  JUDITH L. FREER, RPR LSR#403
                  BRANDON SMITH REPORTING SERVICE
23                     44 Capitol Avenue
                  Hartford, Connecticut  06106
24                      (860) 549-1850

25
```

1  with an inmate -- I'll spell it --

2  M-O-N-D-E-S-I-R-E, Mondesire.

3      A    Yeah, I remember.

4      Q    What happened with you and Mr. Mondesire?

5      A    I was defending myself.  Mondesire was

6  trying to attack me.  I put my hand up and pushed

7  him away and that was it.  Then they wrote a ticket,

8  said that at the conclusion of something, their

9  investigation, I guess they looked at some cameras

10 or something, and they said that that's what

11 happened on the ticket.

12     Q    And this is a ticket you pled out to, you

13 pled guilty to?

14     A    Yes, I pled guilty to it.

15     Q    All right.  And you pled guilty it looks

16 like the day you got the ticket, on August 12?

17     A    Yes.

18     Q    Now, you were in 2 West at the time you

19 got this ticket, correct?

20     A    Yes.

21     Q    So that was phase 2?

22     A    No, phase 1.

23     Q    2 West was phase 1?

24     A    Yes.

25     Q    Okay.  So you were in phase 1 of the AS

1   2002?

2        A    I think Petway.

3        Q    Petway?

4        A    Petway was the last name.  Joe, I think

5   his first name was Joe, Petway.

6        Q    And then at some point in time you were

7   moved into a cell with Mr. Robinson?

8        A    Yes.

9        Q    Do you remember roughly when that was?

10       A    I think the next day, August 13, 2002.

11       Q    Now, prior to moving in the cell with

12   Mr. Robinson, did you know him?

13       A    No.

14       Q    How tall is Mr. Robinson?

15       A    I'm not sure; shorter than me.

16       Q    Okay.  He's about 5'3?

17       A    5'5, 5'6 maybe.

18       Q    He's short for a man.  Would you agree he

19   is one of the shorter men that --

20       A    He's only 18.

21       Q    Okay.  Now, prior to the incident that's

22   the subject matter of this lawsuit, that is, the

23   cell extraction that happened on August 26, 2002,

24   had you had any problems with Mr. Robinson?

25       A    No.

16

 1       Q     What kind of celly was he?

 2       A     He was just real loud and liked to talk a

 3   lot.

 4       Q     Now, at some point in time on August 26,

 5   2002, did your window in your door in your cell

 6   become covered?

 7       A     Yes.

 8       Q     Okay.  How did it become covered?

 9       A     Something that happened to Vernon.  He

10   went to rec but he had got into it with this lady

11   CO.  He was arguing with her while they was putting

12   the chains on him 'cuz she had put something in a

13   counselor's box for him but he never got it back

14   from the counselor, so he figured she threw it away,

15   whatever.  He went to rec, he came back in, after

16   about a half hour that he was back in his cell, they

17   slid a DR through the door saying that it was a

18   disruptive language ticket.  But he was about two

19   weeks from going to phase 2 AS program, so he got

20   mad, covered the window up.  And that's how it

21   happened.

22       Q     Okay.  Now, why would he cover his window

23   up if he was mad?

24       A     Because he got a DR and he was two weeks

25   or a week away from the phase 2 AS program.

17

1    Q    Right, but what does that do other than

2    maybe catch him another ticket?  In other words, why

3    cover your cell window?  What does that accomplish?

4    A    I don't know his intentions of what he was

5    trying to accomplish.

6    Q    Did you ask him why he was covering the

7    cell window?

8    A    No.  He was mad.  I was kind of minding my

9    business.  I'm just minding my business.  I don't

10   want nothing to do with that.

11   Q    Were you comfortable being in a cell with

12   a mad inmate with a window that's covered so staff

13   can't see if he is attacking you?

14   A    No.

15   Q    Okay.  So why didn't you go take the cell

16   covering down?

17   A    I couldn't.  He said don't touch anything.

18   Q    Were you concerned that you might catch a

19   ticket for covering the cell window?

20   A    No.  That didn't cross my mind at the

21   time.  It was more fear, fear that was on my mind.

22   Q    Did you think about -- withdrawn.

23        At some point in time after he covered the

24   cell window, did staff come to the door?

25   A    Yes.

18

1       Q     All right.  And who came to the door?

2       A     It was some correctional officer.  I

3   can't -- I couldn't tell you.

4       Q     Okay.

5       A     Because the window was covered.

6       Q     At some point in time did a supervisor

7   come to the cell door?

8       A     Yes.

9       Q     And who was the supervisor that came to

10  the cell door?

11      A     I believe it was Manley, Lieutenant

12  Manley.

13      Q     What, if any, orders did Lieutenant Manley

14  give at that time?

15      A     He told me to take it down, then Vernon

16  says, "Nobody's taking nothing down."

17      Q     Why not just go to the cell door at that

18  point in time, take the cell covering down and say,

19  get me the heck out of here, this guy's nuts?

20      A     Because he was being physical.  He wanted

21  to be physical if I was to take anything down.

22      Q     Now, Mr. Robinson was smaller than you?

23      A     Ah-huh, yes.

24      Q     And you've defended yourself in the past

25  from other inmates throwing punches and that type of

1       A    Yes.

2       Q    Okay.  Have you written to anybody to

3   press charges against Mr. Robinson?

4       A    No.

5       Q    Do you want to press charges against

6   Mr. Robinson?

7       A    No.

8       Q    Why not?

9       A    I kind of understand where he was coming

10   from.

11       Q    Well, what did you expect staff to do?  In

12   other words, on the one hand you're not going to

13   take the covering down from the window so staff can

14   see what's going on with Mr. Robinson because you're

15   afraid of him.  But on the other hand, you're not

16   willing to press charges against Mr. Robinson so

17   that he would be punished for what he did, so that

18   he doesn't do it again.  So what did you expect

19   staff to do?  You kind of put them in a no win

20   situation, didn't you?

21       A    No.

22       Q    What did you expect staff to do if you

23   wouldn't take the covering down?

24       A    There should have been -- those units,

25   those AS units, should have been single-celled.

22

1     Q     Is that the linch pin of your claim in

2     this case, is that you should not have been double

3     celled with Mr. Robinson?

4     A     I don't think I should have been in a cell

5     period, because I wasn't AS.  I was a level 4.  I

6     didn't have an AS hearing yet, none of that.  He

7     just put me in it, so they just put me in an AS cell

8     without even finding me guilty of whatever it was

9     they sent me there for.

10     Q     Well, you told me just a few minutes ago

11     that you were a phase 1 AS inmate on August 12, 2002

12     when you pled out to the fighting ticket.

13     A     I thought I said I was a threat member.

14     Because you asked me who my celly was, right, before

15     that ticket, and I said Joe Petway.

16     Q     Yes.

17     A     We were in the SRG unit.

18     Q     When you're an SRGSTM member and you get a

19     fighting ticket that you're found guilty on,

20     automatically you go to AS, isn't that true?

21     A     No.

22     Q     It's not?  You can be an SRGSTM member and

23     get a fighting ticket and not go to AS?

24     A     Yes. You can catch numerous fighting

25     tickets and not go to AS.

1     Q     What kind of tickets get you sent to AS

2 from an SRGSTM program?

3     A     Catching too many in too short a time.

4     Q     How many is too many?

5     A     Maybe if you catch three class AS within

6 less than six months.  That's what they sent me to

7 AS for, because I had too many tickets within a

8 short period of time, not because of that fighting

9 ticket.  That's just another ticket that just broke

10 the camel's back, if you want to say that.

11     Q     Okay.  So when you pled out on that

12 ticket, how long after you pled guilty to the

13 August 12, 2002 ticket were you sent to AS?

14     A     The next day, August 13.

15     Q     When did you have your AS hearing?

16     A     I think sometime in September, I think.  I

17 can't -- I think it was sometime in September,

18 September 4th, 5th.  It was from the 4th to the 6th,

19 one of those days -- I can't remember -- of

20 September.

21     Q     Okay.  So the linch pin of your claim in

22 this case is that you should not have been in the

23 cell with an AS inmate because you had not yet had

24 your AS hearing?

25     A     Yes.  I was Level 4.  He was a Level 5 AS

24

1    inmate.  I wasn't, because I didn't have a hearing.

2         Q    Now, when you eventually had the AS

3    hearing, were you determined to be placed into AS?

4         A    Yes.

5         Q    All right.  And what was that

6    determination based upon?

7         A    Because I had too many tickets.

8         Q    You had too many tickets while you were in

9    the SRGSTM program?

10        A    Yes.

11        Q    So again then, if you were ultimately

12    found guilty and placed into the AS program, how

13    were you harmed by virtue of you being in the cell

14    with Mr. Robinson prior to having the hearing?

15        A    Can you repeat that question?

16        Q    Sure.  What your claim is is that I

17    shouldn't have been in the cell with Mr. Robinson

18    because I had not yet been determined to be an AS

19    inmate because I didn't have my hearing as of

20    August 26, 2002.  But if when you did have a hearing

21    at some point later you were found to be an AS

22    inmate, how were you harmed by virtue of you being

23    in the cell with Mr. Robinson?

24        A    Well, I did get a ticket for the incident

25    with Vernon Robinson, but it was disposed of.

1        Q     It was dismissed?

2        A     It was dismissed.     Now, that being down

3    there, all the COs, all the lieutenants, everyone

4    hears of that situation so that just makes it bad

5    for when I go to the hearing.  Oh look, he done

6    already had a problem down here.  He got maced, he

7    covered his cell window, this and that.  So that

8    just makes it even worse on me when I go to the

9    hearing, when they look at the file.

10       Q     But dismissed tickets aren't kept in your

11   file.

12       A     I don't know that.

13       Q     What if I told you they're not kept in

14   your file, then how would that ticket have adversely

15   affected you on your AS hearing?

16       A     Well, the captain is there, they're in the

17   hearing, the COs.  There's CTOs at the hearing,

18   so --

19       Q     And did inmate Robinson accept the full

20   responsibility for covering the cell window?

21       A     I think that's what the ticket said.

22       Q     And he says -- in fact, he said Brooks had

23   nothing to do with it, right?

24       A     No, I'm not sure.

25       Q     Did inmate Robinson give you a statement

1    on December 12, 2002, wherein inmate Robinson said,

2    "I was being disruptive due to a fabricated

3    disciplinary report.  The reporting officers

4    underlined below were called due to my negative

5    behavior.  My cellmate, Mr. Corey Brooks, was maced

6    and then left in the cell for the extraction team

7    for 30 minutes, refused medical attention, is now

8    suffering from the resulting affects."

9         Did Mr. Robinson give you that statement

10   that you attached --

11        A    Yes.

12        Q    -- to your opposition to the motion to

13   dismiss?

14        A    Yes, he did.

15        Q    Okay.  So Mr. Robinson owned the fact that

16   he was the one that covered the cell window, that it

17   was his fault?

18        A    Yes.  He did then, too, on that same day.

19        Q    Okay.

20        A    With Lieutenant Manley and all the

21   supervisors that were there, he owned up to it then.

22        Q    How would you have felt if on the day of

23   August 26, 2002, Lieutenant Manley and the rest of

24   the DOC staff just said, screw it, the window's

25   closed, we're not going to do anything.  The windows

1    they just kept egging him on, making him mad.  So if

2    they didn't do that, his anger wouldn't have been --

3    you know what I'm saying?  He probably would have

4    calmed down after awhile.  So, yes, I probably would

5    have rolled over and went to sleep.

6        Q    So you would have been comfortable being

7    in a cell with a guy who was irate about getting a

8    disciplinary report that he thought was fabricated

9    because at some time you thought he would calm down?

10       A    Ah-huh.

11       Q    How tall are you?

12       A    5'11.

13       Q    Are you 6'1?

14       A    5'11.  That's wrong on the tag.  It's

15   wrong.

16       Q    At any point in time when Lieutenant

17   Manley ordered that the cell window covering be

18   removed, did you or your celly tell him to shove it

19   up his ass?

20       A    I think Vernon did.

21       Q    Now, did Lieutenant Manley warn both you

22   and Mr. Robinson that if the cell covering was not

23   removed, he would use force, including a chemical

24   agent?

25       A    Yes.

29

1        Q     And how many times did Lieutenant Manley

2    order you or your celly to remove the covering on

3    the window?

4        A     Maybe two or three.

5        Q     And you didn't think at that time, after

6    Lieutenant Manley warned you that he would use a

7    chemical agent, to go over and snatch the cell

8    window covering down?

9        A     Well, he knew that I tried to take it down

10   and that I was smacked.

11       Q     How did Lieutenant Manley know that?

12       A     I'm pretty sure he heard it, because

13   Vernon told him he got two pens, if anybody try to

14   take anything down.

15       Q     Vernon said that when Lieutenant Manley

16   was there?

17       A     Yes.  And that he would stab me in the

18   face.

19       Q     Did you have any pens?

20       A     No.  He had my pen in his hand.  You're

21   only allowed two pens, one for you, one for your

22   cellmate.

23       Q     Now, at some point in time did Lieutenant

24   Manley open the trap?

25       A     Yes.

1    inmate who had two pens and was threatening to stab

2    you?

3         A    No.  I was in a bunk.  I think I was like

4    a little more safe on the top bunk now that he is

5    down on the floor walking around.  He's screaming at

6    the COs and the lieutenants, so --

7         Q    Your celly's got two pens saying I'm going

8    to stab you in the face if you come near, you're not

9    going to keep an eye on him?

10        A    That's when I was on the floor trying to

11   take the thing down off the window.

12        Q    Yes, but you're on the bunk now?

13        A    Yes, I'm on the bunk.

14        Q    How big is the cell?  Are you like 30 feet

15   away from him?

16        A    No.

17        Q    How many feet would you say you were away

18   from him?

19        A    Well, he's short.  He can't really reach

20   the top bunk like that, so --

21        Q    He can't climb up?

22        A    He can climb up, but he's not gonna -- he

23   gotta hold onto things and climb up, so --

24        Q    Now, he's short.  Did you ever think about

25   trying to pull the pens out of his hand?

1          A      No.

2          Q      No?

3          A      No.

4          Q      You were going to let a 5'3 inmate

5   threaten you with two pens?

6          A      The size really doesn't mean anything.

7          Q      How many years you been in jail?

8          A      About four.

9          Q      That's it, four years total?

10         A      Maybe a little more than four.

11         Q      I'm talking about since the first time

12   you've ever been incarcerated?

13         A      Oh, since March of '95.  I think that was

14   it.

15         Q      All right.  So you have been in jail at

16   this point as of seven years and you're letting a

17   5'3 inmate threaten you with two pens?

18         A      Yes.

19         Q      Okay.  Now, when you were sitting on your

20   top bunk, did you put anything over your mouth?

21         A      Yes.

22         Q      What did you put over your mouth,

23   Mr. Brooks?

24         A      A towel.

25         Q      And why did you put the towel over your

1    mouth?

2        A    Because I knew they were going to mace.

3        Q    And what is the towel going to do?

4        A    Maybe stop the mace.

5        Q    Stop the mace from what?

6        A    From me inhaling it.

7        Q    Now, at some point in time was mace used?

8        A    Yes, numerous times.

9        Q    How many times did Lieutenant Manley use

10    the mace?

11        A    I'm not sure if it was just Lieutenant

12    Manley.

13        Q    How many times did custody staff use the

14    mace?

15        A    At least five or six.

16        Q    Now, each time these five or six times it

17    was used, how many seconds was it deployed for?

18        A    I don't know, for awhile.  For a minute.

19    I'm not sure the seconds or the minutes.

20        Q    Could have been five or six minutes they

21    were using this Capstun?

22        A    No.  It was during the -- the six times

23    they used it, it was during a period of fifteen

24    minutes.  Fifteen, twenty minutes maybe.

25        Q    And how many times -- would you see like

1    don't know four or five seconds.

2        Q    Now, was the Capstun -- did anybody use

3    the Capstun before Lieutenant Manley got to the door

4    and issued the warnings?

5        A    No.

6        Q    Now, after this Capstun was deployed five

7    or six times in your cell, what if anything

8    happened?

9        A    What if anything happened?

10       Q    Yes.  What happened after the Capstun was

11   deployed?  What happened?

12       A    I guess Vernon couldn't take the mace

13   anymore so he took the thing off the window.  Then

14   Lieutenant Manley looked in the window, he told

15   Brooks to come to the trap and cuff up, so I jumped

16   down off the bunk and went and cuffed up.

17       Q    Now, where was Mr. Robinson at this point

18   in time when you jumped down off the bunk and went

19   to cuff up?

20       A    Crossed over the vent, trying to get air.

21       Q    Was he cuffed up already?

22       A    No.

23       Q    Now, weren't you concerned about complying

24   with Lieutenant Manley's order in cuffing up with an

25   irate Vernon Robinson in the cell uncuffed?

36

1       A    No.

2       Q    Why not?

3       A    Only thing that was going through my mind

4    then was the mace is just burning.  The mace was

5    burning my eyes, my throat, my nose, my skin.

6       Q    Why weren't you concerned about

7    Mr. Robinson?

8       A    He wasn't on my mind in the pain, the pain

9    from the mace, so he wasn't even a thought.

10      Q    So this guy that you were so afraid of a

11   few minutes earlier that you wouldn't take down the

12   window covering was no longer on your mind a few

13   seconds later?

14      A    Right.

15      Q    Okay.  What happened after you went to the

16   door and cuffed up?

17      A    I cuffed up, then I got back on the bunk

18   and laid face flat.  I was coughing and choking.

19   Then they were asking Vernon to cuff up, but he

20   didn't want to.

21      Q    So what happened?

22      A    So then I was like throwing up and stuff.

23      Q    You were throwing up?

24      A    Yes.

25      Q    How many times did you throw up?

38

```
 1        Q    Did this happen after lunch?

 2        A    I think it was after lunch.

 3        Q    So you vomited up your lunch?

 4        A    I don't think I ate lunch that day.

 5        Q    Why didn't you eat lunch?

 6        A    I didn't like what we were having.  So it

 7   had to be breakfast that I vomited up.

 8        Q    Now, after you vomited once and then you

 9   had dry heaves, what happened next?  When Vernon was

10   refusing to cuff up, what happened next?

11        A    I was just trying to breathe and he was

12   just yelling at the lieutenant something, talking to

13   him.  He was rapping a song to him or something.

14        Q    What song was he rapping to them?

15        A    I don't know.

16        Q    Now, for the record, you're smiling when

17   you indicated that.  What was funny about him

18   rapping the song to the Lieutenant?

19        A    Because I was maced up, I was choking in

20   the cell and he is sitting down there taking the

21   mace like nothing.

22        Q    And that was funny?

23        A    Huh?

24        Q    And that was funny?

25        A    Now that I just think of it.
```

1      Q      At some point in time did Mr. Robinson

2  cuff up?

3      A      Yes.  After he saw that, what I was going

4  through.

5      Q      So the only reason he cuffed up is because

6  he thought you were having problems?

7      A      Yes.

8      Q      So he cuffed up for you?

9      A      Yes.

10     Q      So the guy who was threatening you with

11  two pens to stab you in the face moments earlier

12  then cuffs up for you?

13     A      I guess he got scared at my condition,

14  that I could have died or something.  That he didn't

15  want no part of that, I guess.

16     Q      Okay.  So the guy who was going to stab

17  you in the face with a couple of pens a couple

18  minutes before all of the sudden is concerned about

19  his celly?

20     A      I don't know what he was concerned or -- I

21  don't know.

22     Q      You said he cuffed up because he was

23  concerned about you.  Why did you say that?

24     A      I didn't say he cuffed up because he was

25  concerned.  I said he cuffed up because he saw my

44

 1    that you're speaking of?

 2         A     I can't remember.

 3         Q     Were you given new clothing before you

 4    were put into in-cell restraints?

 5         A     Yes, boxers, T shirts and socks and a

 6    jumpsuit.

 7         Q     Did Nurse Colleen Dudley check your

 8    restraints at the time you were put on the in-cell

 9    restraints?

10         A     Yes.

11         Q     And how did she check your restraints?

12         A     With her fingers.

13         Q     By sliding the fingers in between your

14    cuff and your skin?

15         A     Yes.  And I told them then that the cuff

16    was too tight, and she weighs about 80 pounds so she

17    has a real little finger that can just slide through

18    the space they gave me.  It's not a regular

19    man-sized finger length or whatever.  They wanted to

20    cuff -- to measure the cuff.

21         Q     Did the Lieutenant check the cuffs as

22    well?

23         A     No.

24         Q     After this incident on August 26, 2002,

25    when was the next time you spoke with inmate

1  Q All right.

2  A Yes.

3  Q Who was the celly who was a Brotherhood

4 member that you had a problem with?

5  A I can't remember.

6  Q What was the problem you had?

7  A I can't recall the problem either.  Those

8 images come and go.

9  Q Are you still designated as a member of

10 the Brotherhood?

11  A No.

12  Q How did you get undesignated as a member

13 of the Brotherhood?

14  A By completing the AS program first, then

15 completing the SRG Threat Member program.

16  Q What event caused you to be designated a

17 Brotherhood member?

18  A It wasn't any event, just first they had

19 me 20 Love, then he made Elm City and then

20 Brotherhood.

21  Q Elm City Boys?

22  A Yes.  So they really was just putting me

23 down with anything, affiliating me with anything

24 then.  I told them Brotherhood.

25  Q You told them you were a member of the

1   Brotherhood?

2        A    Yes.

3        Q    Who did you tell you were a member of the

4   Brotherhood?

5        A    Some lieutenant in Garner.

6        Q    Why did you tell the lieutenant at Garner

7   you were a member of the Brotherhood?

8        A    Because I knew some people that were from

9   my town that was with that, so I couldn't go live

10  with the 20 Loves or the Elm City because they're

11  New Haven and Hartford, so Brotherhood is from down

12  this way.

13       Q    This way?

14       A    From Norwalk.

15       Q    So the Brotherhood was out of Norwalk?

16       A    Norwalk, Stamford, Bridgeport and all

17  that.

18       Q    And your neighborhood was where?

19       A    Norwalk.

20       Q    Okay.  And the Elm City boys were from New

21  Haven and 20 Love was from Hartford?

22       A    Yes.  But it was -- I had a fight here in

23  this jail in '99 and they said I was a 20 Love.

24  That's how I got in the computer.

25       Q    Why did they believe you were a 20 Love

1    member as a result of the fight here in '99?

2         A    Some confidential informant.  I was only

3    in this jail for like 30 days.  I was only in that

4    pod for -- L pod, for maybe like two or three weeks

5    and the confidential informant found all this out

6    and --

7         Q    What caused them to designate you a member

8    of the Elm City Boys?

9         A    I don't know what -- I don't know.

10        Q    Have you ever brought a lawsuit against

11   any correctional officials before?

12        A    No.

13        Q    Is this the first time you've ever filed a

14   lawsuit?

15        A    Yes.

16        Q    Now, you've sued Larry Myers in this case.

17   What did Warden Myers do or not do that makes him

18   liable to you for money damages?

19        A    He ordered that I be placed in AS,

20   administrative segregation.

21        Q    And why was that wrong?

22        A    Because it states in their directive that

23   you're supposed to have a hearing before you go to

24   AS.  It's like he just found me guilty and just put

25   me in AS without a hearing or anything.

54

1      Q     Now, you allege you were placed on

2      administrative detention pending an AS hearing?

3      A     Yes, but you put me in an AS block with AS

4      inmates that are known for this violence and they're

5      a threat to the staff and inmate population, so you

6      put me down there without knowing if I was even AS

7      status.

8      Q     Okay.  Do you have any other claims

9      against Warden Myers?

10     A     I can't remember right now.

11     Q     Okay.  If you think of something in the

12     future, I would ask that you send me a letter and

13     let me know.

14     A     Okay.

15     Q     All right.  What are your claims in this

16     case against Major Thomas Coates?

17     A     Supervisory responsibility.

18     Q     All right.  What did he do or not do that

19     makes him liable to you for money damages in this

20     case?

21     A     I can't remember right now.  I have it all

22     written down somewhere.

23     Q     As you sit here right now, off the top of

24     your head you can't think of anything that Major

25     Coates did or didn't do?

55

1      A     No.

2      Q     What about Captain Matthew Regan, what did

3   Captain Regan do or not do that makes him liable to

4   you for money damages in this case?

5      A     He was a second shift commander,

6   supervisory responsibility, but he was a second

7   shift commander and he was supposed to be

8   supervising the COs and the lieutenants and make

9   sure they were doing their jobs properly.  There is

10  some other things, too.  I just can't remember right

11  now.

12     Q     Well, is there anything you need to look

13  at so that you can tell me what your claims are

14  against them?

15     A     Yes.

16     Q     What do you need to look at?

17     A     There is something.  I have something in

18  my cell.

19     Q     And what do you have in your cell that you

20  need to look at?

21     A     It's just some paperwork.

22     Q     What kind of paperwork?

23     A     Just some things that I wrote down.

24     Q     When did you write those down?

25     A     I can't remember.  I just write things

56

1    down, just like right now, if I don't remember them

2    so I can go back. I can't remember everything.

3        Q    I would request a copy of any notes that

4    you're going to be referencing.

5        A    Huh?

6        Q    I'm going to request a copy of any notes

7    that you're going to be referencing.

8        A    Okay.

9        Q    What did Lieutenant Knapp do or not do

10    which makes him liable to you for money damages in

11    this case?

12        A    Again, I can't remember.  I can't remember

13    off the top of my head, but --

14        Q    So you can't remember what Lieutenant

15    Knapp did or didn't do that makes him liable to you

16    for money damages?

17        A    Not at this point I cannot remember.

18        Q    Okay.  What about Lieutenant -- I'm going

19    to screw up this name.  It's spelled

20    B-U-C-S-I-E-W-I-C?

21        A    Bucsiewic.

22        Q    Bucsiewic.  What did he do or not do that

23    makes him liable to you for money damages?

24        A    Again, I can't remember at this time.

25        Q    What about Correctional Officer Howes,

1    what did he do or not do that makes him liable to

2    you for money damages?

3        A    He was part of the extraction team.

4        Q    Okay.  And what did he do or not do that

5    makes him liable to you for money damages?

6        A    I can't remember at this time.

7        Q    What about CO Oberg, O-B-E-R-G, what did

8    CO Oberg do or not do to you that makes him or her

9    liable to you for money damages in this case?

10       A    All of those COs right there is part of

11   the extraction team.

12       Q    And what did they do or not do that makes

13   them liable to you?

14       A    I can't remember at this time.

15       Q    What about CO Pafumi, P-A-F-U-M-I, what

16   did CO Pafumi do or not do that makes him or her

17   liable to you for money damages?

18       A    He was part of the extraction team, too.

19       Q    And you can't remember what he did that

20   makes him liable to you for money damages?

21       A    No.

22       Q    What about CO Jones, what did CO Jones do

23   or not do that makes him liable?

24       A    He was part of the extraction team, too.

25       Q    And you can't remember what these

65

1       A    Maybe 60 days.

2       Q    60 days?

3       A    Yes.

4       Q    Where were you prior to being at

5    MacDougall?

6       A    Northern.

7       Q    Okay.  What did Captain Butler do or not

8    do that makes him liable to you for money damages?

9       A    I can't recall at this time.

10      Q    What did Lieutenant Manley do or not do

11   which makes him liable to you for money damages?

12      A    I can't recall at this time.  I have it

13   all written down.

14      Q    So you can't recall what Lieutenant Manley

15   or Captain Butler did, as you sit here today, that

16   makes both of those gentlemen liable to you for

17   money damages?

18      A    No.

19      Q    All right.  Well, sir, I'm going to tell

20   you that given that you can't recall what these

21   individuals did that made them liable to you for

22   money damages, I will be moving for summary judgment

23   on their behalf.

24      A    Okay.

25      Q    So now is the time to tell me.

66

1        A     Can you repeat the question?

2        Q     What did Captain Butler do or not do that

3   makes him liable to you for money damages?

4        A     I think he was the unit manager of the

5   block.  He was supposed to supervise the COs, I

6   guess, the lieutenants.

7        Q     Okay.  What about Lieutenant Manley?

8        A     I guess he was the one that was macing, so

9   he didn't use -- I guess he used unnecessary force

10  on me when he knew that I didn't have anything to do

11  with the situation.

12       Q     Okay.  Any other claims against Lieutenant

13  Manley?

14       A     I can't remember at this time.

15       Q     Okay.  Do you have any other claims

16  against any of the defendants we have just gone

17  through that you want to tell me about?

18       A     There is other claims, but I can't

19  remember at this time the full extent of the claims.

20       Q     Well, tell me what you can remember at

21  this time.

22       A     Okay.  Go through the names one more time.

23       Q     Warden Myers.

24       A     He was responsible for placing me in AS.

25       Q     Major Coates.

67

1          A      Supervisory responsibility.

2          Q      Captain Regan.

3          A      Supervisory responsibility.

4          Q      You mean they were supervisors?

5          A      Yes, they were supervisors and they knew

6     of the situation and failed to remedy the problem.

7          Q      What situation did they know of?

8          A      Me being placed in AS without a hearing,

9     being placed in AS without being AS.

10         Q      Now, how do you know that Major Coates and

11    Captain Regan knew that you were placed in AS

12    without a hearing?

13         A      I can't say how I knew they knew right

14    now.  I think I got some papers or something that

15    say they knew.

16         Q      What papers do you have that say?

17         A      I'm not sure what papers.

18         Q      You're not sure what papers?

19         A      Yes.  I got a whole bunch of stuff that --

20         Q      All right.  Tell me what other claims you

21    have against any of the other defendants in this

22    case, Regan, Knapp, Bucsiewic, Howes, Oberg, Pafumi,

23    Jones.

24         A      They were just aware that I didn't have

25    anything -- well, unnecessary use of force.

68

1          Q     What was the unnecessary use of force?

2          A     Me being maced, and I didn't have anything

3     to do with that covering of the cell window or any

4     of that.

5          Q     Who used the mace?  I thought you told me

6     it was Lieutenant Manley.

7          A     No.

8          Q     No?

9          A     I said I wasn't sure if it was just

10    Lieutenant Manley.

11         Q     Well, are correctional officers authorized

12    to carry Capstun on them?

13         A     I'm not sure.  I never see any with

14    Capstun on them.

15         Q     You have never seen any officers with

16    Capstun on them?

17         A     Correctional officers.

18         Q     Okay.  So is it fair to say then that

19    Howes, Oberg, Pafumi, Jones probably didn't use the

20    Capstun on you?

21         A     Yes.

22         Q     All right.

23         A     They were part of the extraction team

24    after the cell was maced, so they took 15 minutes to

25    get there, 15 to 20 minutes to come remove me from

69

1    the cell, and you're supposed to be moved

2    immediately after any chemical agents are used in

3    the cell.  You're supposed to be decontaminated

4    immediately after.

5        Q    Okay.  Any other claims?

6        A    Not that I can remember right now.

7        Q    All right.  What about against Regan and

8    Lieutenant B-U-C-S-I-E-W-I-C?

9        A    I'm not sure if they were the ones macing,

10   but they were the lieutenants on the scene, the

11   on-scene supervisors, so --

12       Q    How do you know Lieutenant

13   B-U-C-S-I-E-W-I-C was on the scene?

14       A    Well, he was there when they took me out

15   of the cell, the extraction team took me out of the

16   cell.

17       Q    Okay.  Well, if I have a videotape of the

18   use of the Capstun, and Lieutenant -- how do we say

19   his name?

20       A    Bucsiewic.

21       Q    -- Bucsiewic is not the lieutenant using

22   the Capstun, then is it fair to say you have no

23   claims against him?

24       A    No, it's not fair to say that.

25       Q    Well then what would be your claims

1    against him?

2        A    He could have stopped the unnecessary use

3    of force by whoever was using the Capstun.

4        Q    So he should stop the use of the Capstun?

5        A    Ah-huh.

6        Q    Any other claims against the lieutenant?

7        A    Not that I can remember right now.

8        Q    All right.  What about Captain Regan, what

9    were your claims against Captain Regan?

10       A    Well, he was the supervisory

11   responsibility.  He was the shift commander, the

12   main person, the top brass on that shift, so he knew

13   about the macing.  He should have --

14       Q    How do you know Captain Regan knew about

15   the macing?

16       A    Because he was the top brass.

17       Q    Was he on the scene?

18       A    No.

19       Q    So you're suing him basically because he

20   was the unit manager at the time?

21       A    No.  He was the second-shift commander.

22       Q    All right.  So you're suing him because he

23   was the second-shift commander and this happened on

24   second shift?

25       A    That's part of why I'm suing him.

1        Q     What's the other part?

2        A     I can't remember at this time.

3        Q     Again, I have given you now two chances,

4    and I warned you that I intend to take this

5    deposition transcript and move for summary

6    judgments.

7        A     Okay.

8        Q     So I'm expecting that any claims that you

9    have against these individuals you're going to tell

10   me today.  As I said to you, now is the time.  Let's

11   save you and I both a lot of work and let's put all

12   our cards on the table, Mr. Brooks, because I'm

13   going to make a claim that I gave you full and fair

14   opportunity, and also advised you about my

15   intentions about moving for summary judgment.  So if

16   you have any claims against these gentlemen, now is

17   the time to tell me.

18       A     I don't have it, but I can't remember

19   every single -- how many names are there?

20       Q     There is -- well, we just went through

21   them.

22       A     Thirteen, fourteen names.

23       Q     All right.

24       A     So I can't remember everything for every

25   single one.