UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | ) | |
| | ) | PRISONER |
| COREY BROOKS | ) | Case No.3:03cv544(WWE)(HBF) |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY MYERS ET AL | ) | Notice of Manual Filing |
| | ) | |

    Please take notice that Defendants, Larry Myers et al have manually filed the following document or thing

    Ventura v. Lopes, Order and Recommended Ruling on Cross Motion for Summary Judgment, Civil No. H85-440 (D.Conn. 1988)

    Video Tape of the Cell Extraction of inmate Brooks and Robinson on August 26, 2002

    Redacted Housing Cards for Inmates Corey Brooks and Vernon Robinson

    Medical Incident Report dated August 27, 2002 for inmate Brooks

This document has not been filed electronically because

[x]    the document or thing cannot be converted to an electronic format
[ ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                           Respectfully submitted,
                                                           /s/_____
                                                          Ann E. Lynch
                                                          Assistant Attorney General
                                                          110 Sherman Street
                                                          Hartford, Ct, 06105
                                                          Phone: (860) 808-5450
                                                          Fax: (860) 808-5591
                                                          E-mail: ann.lynch@po.state.ct.us
                                                          Ct08326

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed this ___ day of May 27, 2004, first class postage prepaid, to:

Corey Brooks
#237651
Northern Correctional Institution
287 Bilton Road
Somers Ct 06071

                                                             /s/_____
                                                             Ann E. Lynch
                                                             Assistant Attorney General