UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 14 P 4:36
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY T. BROOKS
PRO-SE PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

VS.

LARRY MYERS et al.,
DEFENDANTS

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## PRO-SE
## RESPONCE TO DEFEDANTS MOTION FOR SUMMARY JUDGMENT

PLAINTIFF RESPECTFULLY REQUEST AN EXTENSION OF TIME UNTIL JULY 9, 2004 TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT FILED MAY 28, 2004. PLAINTIFF HAS JUST RECIEVED DISCOVERY MATERIAL (I.E. INTERROGATORRIES AND PRODUCTION OF DOCUMENTS) ON JUNE 4, 2004. DUE TO THE FACT THAT DEFENDANTS ATTORNEY SENT ABOVE DISCOVERY MATERIAL TO NORTHERN C.I. THIS MADE IT DIFFICULT TO OPPOSE DEFENDANTS SUMMARY JUDGMENT MOTION PROPERLY. ADDITIONALLY PLAINTIFF HAS JUST RECIEVED DEFENDANTS RESPONCE TO HIS ADMISSIONS REQUEST, ON JUNE 9, 2004 IS WHEN D.O.C. GAVE PLAINTIFF HIS LEGAL MAIL WITH DEFENDANTS RESPONCE TO HIS ADMISSIONS.

WHEREFORE, PLAINTIFF RESPECTFULLY AN EXTENSION OF TIME UNTIL JULY 9, 2004 TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT.

Correye Brooks
CHESHIRE CI
900 HIGHLAND AVE
CHESHIRE, CT 06410

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON JUNE 10, 2004 TO:

ASSISTANT ATTORNEY
    GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

BY COREY BROOKS #237651

Corey Brooks

CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410