UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | PRISONER |
| *PLAINTIFF,* | : | NO. 3:03CV544 (WWE)(HBF) |
| | : | |
| VS. | : | |
| | : | |
| WARDEN MYERS, ET AL., | : | |
| *DEFENDANTS.* | : | JUNE 15, 2004 |

**DEFENDANTS' NOTICE OF FILING**
**PLAINTIFF'S ACKNOWLEDGEMENT OF VIEWING VIDEOTAPE**

On or about May 27, 2004, defendants moved for summary judgment in this matter. Attached to the summary judgment motion was a videotape of the incident which gave rise to this lawsuit. In footnote 1 of defendants Local Rule 56(a) Statement, defendants represented that arrangements would be made for plaintiff to review a copy of the videotape. Defendants further represented that documentation would be submitted to the court to show that plaintiff had viewed the videotape.

In accordance with these representations, attached is a memorandum and a separate acknowledgement form indicating that plaintiff reviewed the videotape on June 2, 2004.

DEFENDANTS

Larry Myers, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

    /s/
By: Ann E. Lynch
    Assistant Attorney General
    Federal Bar No. ct10835
    110 Sherman Street
    Hartford, CT 06105
    Tel.: (860) 808-5450
    Fax: (860) 808-5591
    Fed Bar No. Ct 08326

# **CERTIFICATION**

I hereby certify that a copy hereof was mailed on this 8th day of June 2004, first class postage prepaid, to:

Corey Brooks, Inmate #237651
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410

                                                /s/_____
                                           Ann E. Lynch
                                           Assistant Attorney General

**Major Angel Quiros
Cheshire/Webster C. I.
Administration**

# Memo

To: Warden James Dzurenda
From: Major A. Quiros
Date: June 2, 2004
Re: Inmate Brooks vs. Larry Myers et al

Please be advised that Inmate Brooks, Corey #237651 has reviewed the attached videotape on June 2, 2004. Captain Knight was a witness during the viewing of this tape. In addition, he obtained a signed Acknowledgement Form from Inmate Brooks (see attached).

If I can be of further assistance, please feel free to contact my office.

AQ:lb

C: File

• Page 1

## ACKNOWLEDGEMENT OF VIEWING VIDEOTAPE

I, Corey Brooks, inmate number 237651, hereby acknowledge that on JUNE 2, 04 I viewed the videotape of my cell extraction which occurred on August 26, 2002.

_____
Corey Brooks

_____   6/2/04
Staff Witness                 11:10 AM Reviewed
                              11:40 AM Completed