UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 JUN 24 P 6:03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY J. BROOKS
PRO-SE PLAINTIFF

VS.

CASE NO. 3:03CV00544(WWE)(HBK)

LARRY MYERS, et al.,
DEFENDANTS

## PLAINTIFF'S STATEMENT OF DISPUTED FACTUAL ISSUES

DEFENDANTS HAVE MOVED FOR SUMMARY JUDGMENT ON THE PLAINTIFF'S CLAIM CONCERNING THE USE OF FORCE. PURSUANT TO THE LOCAL RULES OF THIS COURT, THE PLAINTIFF SUBMITS THE FOLLOWING LIST OF GENUINE ISSUES OF MATERIAL FACT THAT REQUIRE THE DENIAL OF THE DEFENDANTS' MOTION.

1. WHETHER THE PLAINTIFF SHOULD HAVE EVEN BEEN PLACED INTO ADMINISTRATIVE SEGREGATION WITHOUT A HEARING

2. WHETHER THE PLAINTIFF SHOULD HAVE BEEN DOUBLE CELLED IN THE A.S PROGRAM

3. WHETHER THE PLAINTIFF REFUSED ANY ORDERS TO REMOVE COVERING FROM CELL DOOR

4. WHETHER THE FORCE UTILIZED (I.E. TEAR GAS, AND THE APPLICATION OF IN-CELL RESTRAINTS WITH TETHER CHAIN) BY THE DEFENDANTS AGAINST THE PLAINTIFF, WAS APPLIED IN A GOOD FAITH EFFORT TO MAINTAIN OR RESTORE DISCIPLINE OR MALICIOUSLY AND SADISTICALLY TO CAUSE HARM.

5. WHETHER THE PLAINTIFF SHOULD HAVE BEEN LEFT IN A CONTAMINATED CELL MACED FOR TWENTY MINUTES WITHOUT DECONTAMINATION.

6. WHETHER THE PLAINTIFF SHOULD HAVE BEEN IN A CELL WITH AN UNSENTENCED ADMINISTRATIVE SEGREGATION INMATE.

7. WHETHER THE PLAINTIFF'S INJURIES RESULTED FROM HIS OWN ACTS OF RESISTANCE TO THE DEFENDANTS OR FROM THEIR PURPOSEFUL USE OF UNNECESSARY FORCE.

8. WHETHER THE DEFENDANTS FALSIFIED ANY MEDICAL REPORTS OF THE PLAINTIFF'S INJURIES.

DATE: JUNE 22, 2004

BY COREY T. BROOKS #237651
Corey Brooks, PRO-SE
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON THIS 22 DAY OF JUNE 2004 TO:

ASSISTANT ATTORNEY
    GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

BY COREY BROOKS
Corey Brooks #237651
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410