UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JUN 24 P 6:03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY BROOKS #237687
   PLAINTIFF

CASE NO. 3:03CV00544(WWE)(HBF)

V.

LARRY MYERS et al.,

## LOCAL RULE 56(A)(2) STATEMENT

1. PLAINTIFF, DENIES PARAGRAPH 6 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: THE NEXT DAY, PLAINTIFF WAS PLACED IN ADMINISTRATIVE DETENTION AND MOVED INTO A CELL WITH INMATE VERNON ROBINSON. BUT RATHER PLAINTIFF WAS PLACED ON A.D. STATUS AND PUT INTO ADMINISTRATIVE SEGREGATION WITH AN A.S. INMATE V. ROBINSON. PLAINTIFFS' AFFIDAVIT PARAGRAPHS 4,5.

2. PLAINTIFF, DENIES PARAGRAPH 7 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: AFTER A HEARING, PLAINTIFF WAS PLACED INTO ADMINISTRATIVE SEGREGATION. RATHER, HE WAS IN A.S FOR ALMOST 4 WEEKS WITHOUT A HEARING. PLAINTIFFS' AFFIDAVIT PAR. 4,5

3. PLAINTIFF, DENIES PARAGRAPH 10 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: PLAINTIFF HAD NO PROBLEMS WITH INMATE ROBINSON BETWEEN AUGUST 13, 2002 AND AUGUST 26, 2002. RATHER, PLAINTIFF WAS STRUCK BY ROBINSON WHILE TRYING TO TAKE COVERING DOWN. PLAINTIFFS' AFFIDAVIT PAR. 7, 9

4. PLAINTIFF, DENIES PARAGRAPH 30 OF DEFENDANTS RULE 56(A)(1) STATEMENT. WHICH SAYS: PLAINTIFF WAS NOT CONCERN ABOUT BEING IN THE CELL, CUFFED UP WHILE PLAINTIFF WAS UNCUFFED. RATHER, PLAINTIFF, (COREY BROOKS) WAS MACED AND IN A STATE OF PAIN AND SHOCK FROM THE MACE, SO PLAINTIFFS' CELL MATE V. ROBINSON WAS NOT ON MY MIND BECAUSE OF THE MACE. PLAINTIFFS' AFFIDAVIT PAR. 11, 12

5. PLAINTIFF, DENIES PARAGRAPH 37 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: BOTH INMATES WERE PLACED INTO IN CELL RESTRAINTS FOR THEIR FAILURE TO REMOVE THE CELL WINDOW COVERING. RATHER, PLAINTIFF NEVER FAILED TO REMOVE COVERING, BUT IN FACT DID ATTEMPT TO REMOVE COVERING, BUT WAS PHISICALLY STOPPED WHICH DEFENDANTS KNEW OF AND STILL INSISTED ON PLAINTIFF (PLAINTIFF) TO RISK HIS SAFTY. BECAUSE HE DID NOT RISK HIS SAFTY PLAINTIFF WAS PLACED IN IN-CELL RESTRAINTS. PLAINTIFFS' AFFIDAVIT PAR. 7, 9

6. PLAINTIFF, DENIES PARAGRAPH 38 OF DEFENDANTS RULE 56(A)(1) STATEMENT. WHICH SAYS: INMATE BROOKS' FAILURE TO REMOVE THE CELL COVERING JEOPARDIZED SAFETY AND SECURITY OF THE FACILITY. RATHER, PLAINTIFF NEVER FAILED TO REMOVE COVERING AND DEFENDANTS WANTED TO RISK PLAINTIFFS SAFTEY BY HAVING HIM BE ASSAULTED IF HE DID REMOVE COVERING. PLAINTIFFS' AFFIDAVIT PAR. 7, 9

7. PLAINTIFF, DENIES PARAGRAPH 42 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: NURSE BADURA DID NOT OBSERVE ANY INJURIES ON PLAINTIFF NOR DID THE PLAINTIFF VOICE ANY MEDICAL COMPLAINTS. RATHER, THE PLAINTIFF DID COMPLAIN TO MEDIC BADURA BUT WAS TOLD I WOULD HAVE TO DEAL WITH IT. PLAINTIFFS' AFFIDAVIT PAR 17

8. PLAINTIFF, DENIES PARAGRAPH 45 OF DEFENDANTS RULE 56(A)(1) STATEMENT, WHICH SAYS: PLAINTIFF TESTIFIED THAT HE SUED LARRY MYERS, BECAUSE HE WAS THE WARDEN AND IN PLACING PLAINTIFF INTO ADMINISTRATIVE ~~BROX~~ DETENTION. RATHER, PLAINTIFF STATED THAT LARRY MYERS WAS BEING SUED FOR PLACEING PLAINTIFF IN A.S. WITHOUT HEARING. PLAINTIFF ALSO STATED HE COULD NOT REMEMBER EVER ~~SINGLE~~ CLAIM FOR DEFENDANT. PLAINTIFFS' AFFIDAVIT PAR. 4

~~9. PLAINTIFF, DENIES PARAGRAPH~~

PRO-SE PLAINTIFF
BY COREY T. BROOKS #237651
Corey Brooks
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON JUNE 22, 2004 TO:

ASSISTANT ATTORNEY
        GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

BY COREY T. BROOKS #237651
Corey Brooks
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410