UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG -9 P 3: 59

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

COREY T. BROOKS

v.

LARRY MYERS, et al.

Case No.   PRISONER
3:03CV544 (WWE) (HBF)

## RULING AND ORDER

Pending before the court are two motions for default and a motion for extension of time filed by the plaintiff and one motion for extension of time filed by the defendants. For the reasons set forth below, the motions for default are denied and the motions for extension of time are granted.

The plaintiff seeks to default the defendants for failure to plead. Because the defendants' filed a motion to dismiss the amended complaint on February 27, 2004, they are not in default. The plaintiff's Motions for Default [doc. # 33] and for Default Judgment [doc. # 32] are **DENIED**.

The defendants seek an extension of time until June 17, 2004, to respond to plaintiff's November 25, 2003 Request for Production of Documents. The Motion [**doc. # 38**] is **GRANTED**. The plaintiff seeks an extension of time until July 9, 2004, to respond to defendants' motion for summary judgment. The Motion [**doc. # 41**] is **GRANTED**.

SO ORDERED in Bridgeport, Connecticut, this ___6___ of August, 2004.

Holly B. Fitzsimmons
United States Magistrate Judge