UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 SEP 17 P 2:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

COREY T. BROOKS
　　PLAINTIFF

CASE NO. 303CV00544(WWE)(HBF)

VS.

LARRY MYERS ET AL.,

### PLAINTIFF'S MOTION FOR A SETTLEMENT CONFERENCE

1. THE PLAINTIFF IN THIS MATTER HAS SUFFIENTLY WITH STOOD MOTIONS TO DIS-MISS AND SUMMARY JUDGEMENT. THE PLAINTIFF HAS DEMANDED A JURY TRIAL, BUT WISHES TO BRING THIS MATTER TO AN ABRUPT END.

WHEREFORE, THE PLAINTIFF'S MOTION SHOULD BE GRANTED

Corey Brooks
COREY T. BROOKS #237657
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE CT, 06410

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON SEPTEMBER 8TH, 2004 TO:

ASSISTANT ATTORNEY
  GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06410

BY Corey Brooks #237651
  COREY BROOKS
  CHESHIRE CORR. INST.
  900 HIGHLAND AVE
  CHESHIRE, CT 06410