UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
NOV 1_ 200_
2004 DEC 22 P 3:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY T. BROOKS
    PLAINTIFF

V.

NANCY MYRICK et al.,
    DEFENDANTS

PRISONER
CASE NO. 3:03CV00544(CHBF)

### MOTION FOR THE APPOINTMENT OF COUNSEL

PLAINTIFF COREY T. BROOKS, PURSUANT TO §1915, REQUESTS THIS COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS CASE FOR THE FOLLOWING REASONS:

1. THE PLAINTIFF IS FINANCIALLY UNABLE TO AFFORD COUNSEL.

2. THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX.

3. THE PLAINTIFF IS ABOUT TO START A JURY TRIAL FOR THIS CASE.

4. THE PLAINTIFF HAS AN EXTREMELY LIMITED KNOWLEDGE OF THE LAW.

DATE: 11-5-2004
PRO-SE LITIGANT
COREY T. BROOKS #237651

Corey Brooks

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON THIS DAY OF NOVEMBER 8, 2004

TO: ASSISTANT ATTORNEY
    GENERAL
    ANN E. LYNCH
    110 SHERMAN STREET
    HARTFORD, CONNECTICUT, 06105

PRO-SE
BY COREY BROOKS #237651
Corey Brooks

Corey Brooks #257601
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410