NOV [illegible date]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC 22 P 3:19
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

COREY T. BROOKS

PLAINTIFF

V.

HARRY MYERS et al.

DEFENDANTS

PRISONER

CASE NO. 3:03CV00544(WWE)(HBF)

## AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL

COREY T. BROOKS, BEING FIRST DULY SWORN, DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE, AND MAKE THIS AFFIDAVIT OF MY MOTION FOR THE APPOINTMENT OF COUNSEL.

2. THE COMPLAINT IN THIS CASE ALLEGES THAT THE PLAINTIFF WAS SUBJECTED TO THE USE OF EXCESSIVE FORCE, DENIAL OF ADEQUATE MEDICAL CARE AND DENIAL OF DUE PROCESS, WHERE PLAINTIFF WAS PLACED IN A CELL WITH AN INMATE ON ADMINISTRATIVE SEGREGATION WHILE ON ADMINISTRATIVE DETENTION AND MACED REPEATEDLY, THEN KEPT IN CONTAMINATED AREA HANDCUFFED NOT DECONTAMINATED PROPERLY AND PLACED ON IN-CELL RESTRAINTS WHEN IT WAS EVIDENT PLAINTIFF WAS UNINVOLVED, IT ALLEGES THAT THE NORTHERN CORRECTIONAL INSTITUTION OR IT'S AGENTS THEREOF, IMPLEMENTED AND COMMISSIONED THAT POLICIES, CUSTOMS, REGULATIONS, OR USAGES WHICH ARE/WERE CONSTITUTIONALLY UNSOUND AND PROXIMATELY CAUSED THE INCIDENT SUPPLIED IN THE COMPLAINT TO DEPRIVE THE PLAINTIFF

OF HIS CONSTITUTIONAL RIGHTS.

3. THIS IS A COMPLEX CASE BECAUSE IT CONTAINS SEVERAL DIFFERENT LEGAL CLAIMS, WITH EACH CLAIM INVOLVING A DIFFERENT SET OF DEFENDANTS.

4. THIS CASE INVOLVES ISSUES THAT MAY REQUIRE EXPERT TESTIMONY.

5. THE PLAINTIFF HAS DEMANDED A JURY TRIAL.

6. THE CASE WILL REQUIRE A NUMBER OF WITNESSES.

7. THE PLAINTIFF HAS ONLY A (10) TENTH GRADE EDUCATION, AND HAS NO LEGAL EDUCATION.

8. THE PLAINTIFF HAS VERY LIMITED ACCESS TO LEGAL MATERIALS AND HAS NO ABILITY TO INVESTIGATE THE FACTS OF THE CASE, FOR EXAMPLE, BY LOCATING AND INTERVIEWING THE INMATES WHO WERE EYEWITNESSES TO THE SAID COMPLAINT.

9. AS SET FORTH IN THE MEMORANDUM OF LAW SUBMITTED WITH THIS MOTION, THE FACTS, ALONG WITH THE LEGAL MERIT OF THE PLAINTIFF CLAIMS, SUPPORT THE APPOINTMENT OF COUNSEL TO REPRESENT THIS PLAINTIFF.

WHEREFORE, THE PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL SHOULD BE GRANTED.

PRO SE LITIGANT.

Corey Brooks

Corey T. Brooks

Corey T. Brooks 9-24-2004

SWORN TO BEFORE ME THIS,
24 DAY OF Sept 2004.

C. Hickman

NOTARY PUBLIC.

Notary Commission Stamp
C. Hickman
Commission Expires 10/31/2006

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOR GOING WAS MAILED ON THIS DAY OF NOVEMBER 8, 2004

TO: ASSISTANT ATTORNEY
    GENERAL
    ANN E. LYNCH
    110 SHERMAN STREET
    HARTFORD, CT 06105

BY: COREY BROOKS #23766
Corey Brooks
~~McDonald Corr. Inst.~~
~~153 Cross Street South~~
~~Suffield, CT 06078~~
Corey Brooks
CHESHIRE CORR. INST
900 HIGHLAND AVE
CHESHIRE, CT 06410