NOV 10 2004

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 DEC 22 P 3: 19

U.S. DISTRICT COURT
BRIDGEPORT, CONN

COREY T. BROOKS
PLAINTIFF

PRISONER

V.

CASE NO. 3.03CV00544(WWE)(HBF)

LARRY MYERS ET AL,
DEFENDANTS

DATE: 11-8-2004

### AFFIDAVIT OF PLAINTIFFS EFFORTS TO OBTAIN THE REPRESENTATION OF AN ATTORNEY

COREY T. BROOKS, BEING FIRST DULY SWORN DEPOSES AND SAYS:

1. I AM THE PLAINTIFF IN THE ABOVE ENTITLED CASE. I MAKE THIS AFFIDAVIT IN SUPPORT OF MY MOTION FOR THE APPOINTMENT OF COUNSEL.

2. THIS IS THE PLAINTIFF'S SECOND ATTEMPT TO OBTAIN COUNSEL. THE FIRST MOTION WAS DENIED BECAUSE PLAINTIFF DID NOT CON-TACT THE INMATE LEGAL ASSISTANTS. SINCE THEN PLAINTIFF HAS MADE CONTACT THROUGH CORRESPONDENCE AND VIA PHONE. HOWEVER, LEGAL ASSISTANT DECLINED TO ASSIST THE PLAINTIFF WITH THIS MATTER. PLEASE SEE ATTACHED CORRESPONDENCE FROM INM-ATE LEGAL ASSISTANCE.

3. THE PLAINTIFF HAS ATTEMPTED TO CONTACT SEVERAL DIFFEREN LAW FIRMS AND CLINICS VIA CORRESPONDENCE. PLEASE SEE ATTACHED LETTERS, RETURNED ENVELOPES. AND PRO BONO CON-TACT LIST.

PRO-SE LITAGANT

Corey Brooks

COREY T. BROOKS #292657

CHESHIRE CORR. INST.

900 HIGHLAND AVE.

CHESHIRE CT, 06410

Corey Brooks

SWORN TO BEFORE ME THIS

22 DAY OF Oct 2004

C Hickman

NOTARY PUBLIC

Notary Commission Stamp
C Hickman
Commission Expires 10/31/2006

# JEREMIAH DONOVAN

### ATTORNEY AT LAW
123 Elm Street, Unit 400
Post Office Box 554
Old Saybrook, Connecticut 06475

ALSO ADMITTED IN NEW YORK

(860) 388-3750
FAX 388-3181

May 9, 2003

Corey T. Brooks
#237651
Northern Correctional Facility
P.O. Box 665
Somers, CT 06071

Re: Request for legal assistance

Dear Mr. Brooks:

Thank you for your recent letter requesting our legal assistance. It is a great compliment to our office that you should seek out our aid. Unfortunately, I have to report to you that Mr. Donovan receives roughly one written request each week (and sometimes considerably more) from people who have heard of his reputation and hope that he will represent them pro bono -- that is, for free, as a public service. Because of the number of requests, and because Mr. Donovan already donates a large number of hours to pro bono activities, we simply have to decline these requests, even though many of them seem worthwhile.

Again, we thank you for considering entrusting our office with the very serious matter that you have described to us, and we hope and pray that you will be able to reach a just and satisfactory resolution of the matter.

Sincerely yours,

*Shirley Massa*

SHIRLEY MASSA
Assistant to Mr. Donovan

LAW OFFICES OF

## ROBERT SULLIVAN

ROBERT J. SULLIVAN, JR.
Also admitted in California

190 MAIN STREET
WESTPORT, CONNECTICUT 06880

V/TDD
(203) 227-1404

Telephone (203) 227-1404
Facsimile  (203) 226-6403
Email rjslaw@optonline.net

May 6, 2003

Corey Brooks #237651
Northern C.I.
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Dear Mr. Brooks:

Thank you very much for considering this office in connection with your lawsuit. Unfortunately, this office is not in a position to provide assistance to you in this matter. I am, therefore, returning to you the documents which you forwarded to me.

**PLEASE BE ADVISED THAT THERE ARE STATUTES OF LIMITATIONS WHICH COULD CAUSE YOU TO LOSE ANY RIGHT YOU MAY HAVE TO SUE IF YOU DO NOT ACT QUICKLY.  YOU SHOULD RESEARCH THE APPROPRIATE STATUTES, OR IMMEDIATELY HIRE COUNSEL TO HELP YOU IN THAT REGARD. NOTHING IN THIS LETTER SHOULD  BE  CONSTRUED  AS  AN  EFFORT  TO  C OUNSEL  YOU  WITH RESPECT TO THE STATUTE OF LIMITATIONS.  I HAVE, IN FACT, NOT LOOKED INTO THE STATUTE OF LIMITATIONS AS IT RELATES TO YOUR CLAIM.**

I wish you well in your endeavors.

Sincerely,

Robert J. Sullivan, Jr.

RJS:dee
Enclosures

# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
PATRICIA M. HAUGH (1942-1988)
JOHN D. JOSEL*
MARIO DINATALE*
JONATHAN M. LEVINE
MARILYN J. RAMOS*
MARY G. CURRY
KATHLEEN L. BRANDT*
, PAUL A. SLAGER*
ANGELO A. ZIOTAS
PETER MASON DREYER*

*ALSO ADMITTED IN NY

LAW OFFICES
THE HERITAGE BUILDING
184 ATLANTIC STREET
—
MAIL ADDRESS
POST OFFICE BOX 389
STAMFORD, CONNECTICUT 06904
—
TELEPHONE
(203) 325-4491
FACSIMILE
(203) 325-3769

April 22, 2003

Mr. Corey T. Brooks
Northen Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071-0665

Dear Mr. Brooks:

I regret to inform you that Attorney Teitell is not available to assist you with your case.

I am a returning the documents you sent.

Very truly yours,

Alicia R. Price
Litigation Assistant

\arp
encl.

Cannatelli Law Offices

549 Howe Ave, Suite B
Shelton, Connecticut 06484
Phone:203/924-6984 Fax: 203/924-9267
TOLL FREE 1-866-213-7784
Frank@cannatellilaw.com

May 15, 2003

Mr. Corey Brooks # 237651
Northern C.I.
287 Bilton Road
P.O. Box 665
Somers, Connecticut
LEGAL MAIL!   06071

RE: Your letter for legal representation of 5/5/03.

Dear Corey:

At the present time I am much too busy to represent you with your case against the Connecticut Department of Corrections. I am returning all of your documents on your case back to you.
I hope that you have good luck with your case, and that you will find legal representation for it.

Sincerely Yours,

Frank P. Cannatelli, Esq.

Signed by Donald L. Burke
Legal Assistant

# BRENNER, SALTZMAN & WALLMAN LLP

A PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

NEWTON D. BRENNER, P. C.
STEPHEN L. SALTZMAN, P. C.
MARC A. WALLMAN, P. C.
DAVID R. SCHAEFER, P. C.
STUART JAY MANDEL, P. C.
DONALD W. ANDERSON, P. C.
SAMUEL M. HURWITZ, P.C.
WAYNE A. MARTINO, P. C.
JOHN R. BASHAW
MITCHELL S. JAFFE, P. C.
ALICE J. MICK, P. C.
KENNETH ROSENTHAL
CAROLYN W. KONE
BRIAN P. DANIELS
GEORGE BRENCHER IV, P.C.
JENNIFER DOWD DEAKIN, P.C.

271 WHITNEY AVENUE
NEW HAVEN, CONNECTICUT 06511
203-772-2600
—
FACSIMILE: 203-562-2098
E-MAIL: postmaster@bswlaw.com

MICHELLE S. GOGLIA
ROWENA A. MOFFETT

—

OF COUNSEL
SHARON KOWAL FREILICH

PLEASE REPLY TO:
POST OFFICE BOX 1746
NEW HAVEN, CT 06507-1746

May 9, 2003

Mr. Corey T. Brooks #237651
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT   06071-0665

Dear Mr. Brooks:

We have read your letter dated April 16, 2003.

I am very sorry that we are unable to represent you at this time.

Very truly yours,

Kenneth Rosenthal

KR:dwc

# EMMETT & GLANDER

ATTORNEYS AT LAW

45 FRANKLIN STREET • STAMFORD, CT 06901
(203) 324-7744   FAX (203) 969-1319

KATHRYN EMMETT
JANE W. GLANDER
CHRISTINE CAULFIELD*

17 POND BROOK ROAD • P.O. BOX 724 • NEWTOWN, CT 06470
(203) 270-9272   FAX (203) 426-1270

* ALSO ADMITTED IN NEW YORK

www.emmettandglander.com

April 21, 2003

Corey T. Brooks
**#237651**
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071

Dear Mr. Brooks:

Thank you for your inquiry requesting representation. Unfortunately, our office is not able to represent you at this time.

Very truly yours,

Kathryn Emmett

KE/dmc
Enclosures

# ROSEN & DOLAN, P.C.
### ATTORNEYS AT LAW

DAVID N. ROSEN
EDWARD J. DOLAN

400 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE (203) 787-3513
FAX (203) 789-1605
e-mail: david.rosen@rosendolan.com

April 24, 2003

Mr. Corey T. Brooks, #23765
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, Connecticut 06071-0665

Dear Mr. Brooks:

Thanks very much for your letter. At this point we simply will not have time to handle your case. I am sorry not to be able to help you and I wish you all the best in pursuing your claim.

I am returning the materials you sent to me.

Thanks very much again for thinking of us.

Sincerely,

David N. Rosen

DNR/mb
Enclosure

LAW OFFICES OF

# STUART G. BLACKBURN

TWO CONCORDE WAY
P.O. BOX 608
WINDSOR LOCKS, CT 06096-0608

STUART G. BLACKBURN*
JUSTIN J. DONNELLY
MARGARET H. RALPHS
*ALSO ADMITTED IN MASSACHUSETTS

TEL. (860) 292-1116
FAX. (860) 292-1221

MASSACHUSETTS OFFICE
14 HUBBARD AVENUE
SPRINGFIELD, MA 01105
(413) 737-6001

May 1, 2003


Corey T. Brooks #237651
Northern Correctional Institution
287 Bilton Road
P. O. Box 665
Somers, CT  06071-0665

RE:    Request for Representation

Dear Mr. Brooks:

I am sorry to inform you that I am not accepting any new pro bono matters at the present time.  I wish you success in your efforts to retain counsel.

Sincerely,

Stuart G. Blackburn

SGB/kmk
Enclosure
RETURNED FILES/brooks4-22

# DURANT, NICHOLS, HOUSTON,
# HODGSON & CORTESE-COSTA, P.C.

Loraine M. Cortese-Costa**
Natale V. Di Natale**
E. Terry Durant*
Lisa Grasso Egan
Christopher M. Hodgson
Donald F. Houston
David J. Kelly**
Pamela J. Coyne

Also admitted in Virginia*
Also admitted in New York**

ATTORNEYS AT LAW

1057 Broad Street
Bridgeport, Connecticut 06604-4219
Tel. (203) 366-3438      Fax (203) 384-0317
www.durantnic.com

Of Counsel
George N. Nichols

Paralegals
Clara Cuneo Koczi
Megan L. Krom

May 6, 2003

Mr. Corey Brooks
#237651
Northern Corr. Institution
PO Box 665
287 Bilton Road
Somers, CT 06071

Dear Mr. Brooks:

In response to your correspondence requesting legal assistance, please be advised that our firm is unable to take on your case and I am forwarding your files back to you. Our firm's practice and expertise is restricted solely to management labor and employment law.

Sincerely yours,

Christopher M. Hodgson

CMH/jvd

Corey Brooks # 237651
Northern Corr. Inst.
P.O. Box 665
Somers, CT 06071

3E-210

LEGAL CORRESPONDENCE

THIS CORRESPONDENCE
FROM
☐ Deceased
CORRECTIONAL FACILITY

RETURN TO SENDER
☐ Forward ☐ Expired
☐ Insufficient Address
☐ Moved, Left No Address
☐ Unclaimed ☐ Refused
☐ Attempted Not Known
☐ No Such Street
☐ No Such Number
☐ Not Receptacle
☐ Vacant

FOR YOU

UNITED STATES POSTAGE
$ 01.52⁰
02 1A
0004306690    APR 16  2003
MAILED FROM ZIPCODE 06083

Law Offices of Harry Schochat
30 Hazel Terrace
Woodbridge, CT 06525

FREE POSTAGE



Cory Brul's # 2371...

Northern Corr. Inst.
P.O. Box 665 287 Bilton Road
Somers, CT 06071

3E.102

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

FORWARD ORDER EXPIRED

Law Offices of David M. Lesser
P.O. Box 1738
New Haven, CT 06507

UNITED STATES POSTAGE
PITNEY BOWES
$ 01.52⁰
02 1A
004396890     MAY 05 2003
MAILED FROM ZIP CODE 06083

FREE POSTAGE



(aka) Brooks # 23765 1
Mishean Corr. Inst.
287 Bilton Road/P.O. Box 665
Somers, CT 06071

3E·10²

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

UNITED STATES POSTAGE
PITNEY BOWES

02 1A      $ 01.52⁰
00043 0 6890      MAY 05 2003
MAILED FROM ZIPCODE 06083

RETURN TO SENDER
FORWARDING ORDER EXP.

Law Offices of Gerald E. Bodell
P.O. Box 9097
BPT, CT 06601

FREE POSTAGE

Northern Corr. Inst.
PO Box 665/287 Bilton
Somers, Ct 06071

Return To Sender
As Noted



ATTEMPTED
NOT KNOWN

3E-210
102

Law Offices of Paul Lange
799 Silver Lane
Suite 3000
Trumbull

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

LEGAL CORRESPONDENCE

LEGAL MAIL

Corey Rivera #03 1611
Northern Corr. Inst
P.O. Box 665 287 Bilton Road
Somers, Ct 06071

LEGAL CORRESPONDENCE

LEGAL MAI

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

Please return
to sender

3E-216

Rosenstein & Barnes
1100 kings Highway
Fairfield, Ct 06432

UNITED ST
02 1A
0004308890
MAILED FROM ZI

Corey T. Brooks #237651

Northern Correctional Institution

287 Bilton Road., P.O. Box 665

Somers, Connecticut 06071-0665

Date: June 3rd, 2003

RE: REQUEST FOR REPRESENTATION

Dear Sir/Madam

    I, Mr. Corey T. Brooks, am cordially drafting this correspondence in an attempt to ascertain your law offices willingness to provide legal representation on my behalf, with regards to Civil Case Brooks V. D.O.C, et.al, in which, various D.O.C officials are named as defendants. I will briefly describe for you the essential elements supplied in the above referenced Civil suit.

    The original Complaint in this case alleges that on 8-13-2002 the Plaintiff as a State Prisoner, was subjected to an unreasonable amount of force, denied adequate medical care, and Denial of Due Process. The complaint alleges both the United States Constitution, and the State of Connecticut Constitution, as well as the General Statutes of Connecticut, which, when taken in totality amounted to the deprivation and Violation of his rights secured and afforded him under the Eighth, and Fourteenth Amendments to the United States Constitution.

    I will enclose for your assistance in ascertaining your willingness to provide representation a copy of the original Complaint, witness statements, and all other

Pertinent Legal documents that will assist You in making a decision as to representation.

In conclusion, I thank You for Your time and anticipated assistance in this matter. In the event that You are not willing to provide representation, I would cordially request that You please inform me in writing so that I may show the court that I have diligently sought the services of an attorney. Again I reiterate, that I thank You for Your time and anticipated assistance, Please have a Pleasant day.

Cordially,

Corey T. Brooks

Corey T. Brooks

<u>PARTICIPATING FIRMS - PRO BONO PROGRAM</u>

1. **Bai Pollock & Dunnigan**
   10 Middle St.
   Bridgeport, CT 06604  (203) 366-7991

2. **Beck & Eldergill**
   447 Center St.
   Manchester, CT 06040  (860) 646-5606

3. **Law Offices of Gerald E. Bodell**
   P.O. Box 9097
   Bridgeport, CT 06601  (203) 335-8955

4. **Law Offices of Stuart G. Blackburn**
   516 Spring St.
   P.O. Box 3216
   Windsor Locks, CT 06906 (860) 292-1116

5. 

6. **Brenner Saltzman & Wallman**
   271 Whitney Ave.
   New Haven, CT 06511  (203) 772-2600

7. **Brown Paindiris & Scott**
   100 Pearl St.
   Hartford, CT 06103  (860) 522-3343

8. **Cahill Goetsch & DiPersia**
   43 Trumbull St.
   New Haven, CT 06511  (203) 777-1000

9. **Herbert V. Camp, Jr.**
   409 Main St.
   Ridgefield, CT 06877

10. **Frank P. Cannatelli**
    60 Main St.
    Ansonia, CT 06401  (203) 736-9210

1091 Main St.
Manchester, CT 06040  (860) 643-2181

23.    Offices of Jeremiah Donovan
       PO Box 554
       Old Saybrook, CT 06475  (860) 388-3750

24.    Durant, Nichols, Houston, Mitchell & Sheahan, P.C.
       1057 Broad St.
       Bridgeport, CT 06604  (203) 366-3438

25.    Early, Ludwick & Sweeney
       P.O. Box 1866
       New Haven, CT 06508  (203) 777-7799

26.    Offices of Jonathan Einhorn
       412 Orange St.
       New Haven, CT 06511  (203) 777-3777

27.    Ellis & Trattner, P.C.
       27 Mill Plain Road
       P.O. Box 2298
       Danbury, CT 06183 (203) 743-3010

28.    Emmett Fins & Glander
       45 Franklin St.
       Stamford, CT 06901  (203) 324-7744

29.    Evans, Feldman & Boyer
       261 Bradley Street
       New Haven, CT 06507 (203) 772-4900

30.    Fabiani, Kone & McGraw, P.C.
       714 State St.
       New Haven, CT 06511  (203) 624-8335

31.    ...er & Henry
       ...Box 2480
       Waterbury, CT 06722-2480  (203) 597-5100

32.    Garrison, Phelon, Levin-Epstein & Penzel
       405 Orange St.
       New Haven, CT 06511  (203) 777-4425

33.    Gordon Muir & Foley
       10 Columbus Blvd. - 3rd Floor
       Hartford, CT 06106  (860) 525-5361

New Haven, CT  06510    (203) 867-4088

46.    **Law Offices of Charles Kurmay**
3005 Main Street
Statford, CT 06614  (203) 380-1743

47.    **LaBelle, LaBelle, Nabb & Horvath, P.C.**
295 East Center St.
Machester, CT 06040 (860) 647-7000

48.    **Law Offices of Paul Lange**
799 Silver Lane
Suite 3000
Trumbull, CT 06611 (203) 375-7724

49.    **Lasala, Walsh & Wicklow**
168 Bradley St., P.O. Box 1302
New Haven, CT 06505-1302   (203) 785-8929

50.    **LeBoeuf, Lamb, Greene & MacRae**
225 Asylum St.
Hartford, CT 06103      (860) 293-3538

51.    **Leone Throwe Telier & Nagle**
33 Connecticut Blvd.
East Hartford, CT  06108    (860) 528-2145

52.    **Offices of David M. Lesser**
PO Box 1729
New Haven, CT  06507 (203) 787-0135

53.    ████████████████████

54.    **Levett Rosewood & Sanders, PC**
33 River  Ave.
Westport CT 06880    (203) 222-0885

55.    **Levy & Droney**
P.O. Box 887
Farmington, CT  06034-0887    (860) 676-3000

56    **Lynch Traub Keefe & Errante**
52 Trumbull St., P.O. Box 1612
New Haven, CT 06506   (203) 787-0275

(860) 275-8244                    (203) 359-8576

69.   Rogin Nassau Caplan Lassman & Hirtle
      CityPlace - 22nd Floor
      Hartford, CT 06103-3460  (860) 278-7480

70.   Rome, McGuigan, Sabanosh, P.C.
      One State St.
      Hartford, CT 06103  (860) 549-1000

71.   Rosen & Dolan
      400 Orange St.
      New Haven, CT 06511  (203) 787-3513

72.   Rosenstein & Barnes
      1100 Kings Highway
      Fairfield, CT 06432  (203) 367-7922

73.   Offices of Harry Schochat
      30 Hazel Terrace
      Woodbridge, CT 06525  (203) 397-0052

74.   Shipman & Goodwin
      One American Row
      Hartford, CT 06103  (860) 549-4770

75.   

76.   Silver Golub & Teitel
      P.O. Box 389
      Stamford, CT 06904  (203) 325-4491

77.   Sorokin Sorokin Gross Hyde & Williams
      One Corporate Center
      Hartford, CT 06103  (860) 525-6645

78.   Law Offices of Robert Sullivan
      190 Main St.
      Westport, CT 06880 (203) 227-1404

79.   Kirk D. Tavtigian
      780 Farmington Ave,
      Farmington, CT 06032    (860) 676-2053

# LAW OFFICES
## OF
### SYDNEY T. SCHULMAN

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

## INMATES' LEGAL ASSISTANCE PROGRAM

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Foye A. Smith
Jenna M. Edmundson

January 2, 2003

Corey Brooks
#237651
Northern C.I.
P.O. Box 665
Somers, CT 06071

Dear Mr. Brooks:

I am writing in response to your two (2) letters to Inmates' Legal Assistance Program (ILAP), received on November 8, 2003 and December 27, 2002, regarding your claim that you were wrongfully "maced" due to the misbehavior of your cellmate. Apparently, your cellmate refused to remove an obstruction from your cell door, which resulted in force being used pursuant to A.D. 6.5. You enclosed numerous documents concerning this matter and you request assistance with a lawsuit alleging that you were wrongfully subjected to force. ILAP, pursuant to contract, can only assist inmates with civil matters, and only when an ILAP Staff Attorney determines that a prima facie case exists, meaning sufficient evidence to withstand a Motion to Dismiss in a case tried to a judge, or a Motion for Directed Verdict in a case tried to a jury.

For two reasons, I do not believe that you have a prima facie case that I can assist you with. First, it is apparent that staff had a valid reason to use force due to your cellmate's refusal to comply with an order. While it is very unfortunate that you were subjected to mace, there was, again, a legitimate reason for this action. Second, even assuming that the force used was wrongful, the medical incident reports (MIR) show that you did not sustain any injury and, therefore, you have no ascertainable damages. The MIRs state that you "offered no medical complaints" and that no injuries were noted. For these two reasons, I do not believe that you have a prima facie case.

I am returning your documents.

Very truly yours,

Michael A. Rubino, Jr.

MAR/ms
Enclosures

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON NOVEMBER 8, 2004 TO:

ASSISTANT ATTORNEY
     GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

BY Corey Brooks #237651
      COREY BROOKS
      CHESHIRE C.I
      900 HIGHLAND AVE
      CHESHIRE, CT 06410