UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COREY BROOKS

      V.                                        PRISONER
                                CASE NO. 3:03V544 (WWE)

LARRY MYERS, ET AL.

**RULING ON MOTION FOR APPOINTMENT OF COUNSEL**

The plaintiff is seeking an appointment of pro bono counsel in this action pursuant to 28 U.S.C. § 1915. The defendants have moved for summary judgment and the plaintiff has filed his response to the motion for summary judgment. The Motion for Appointment of Counsel [**doc. # 48**] is **DENIED** without prejudice to renewal after the court rules on the defendants' motion for summary judgment.

SO ORDERED at Bridgeport, Connecticut, this 25th day of April, 2005.

                                                _____/s/_____
                                                   Holly B. Fitzsimmons
                                          United States Magistrate Judge