UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY BROOKS, | : | CIVIL NO. 3:03CV544 (WWE) (HBF) |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| WARDEN MYERS, ET AL, | : | |
| *Defendants* | : | MAY 20, 2005 |

**DEFENDANTS' SUPPLEMENTAL
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 56, defendants Manley, Butkiewicus, and Knapp respectfully move for summary judgment on the remaining claims against them.  First, leaving plaintiff in his cell for sixteen minutes to await the arrival of the cell extraction team did not constitute excessive force.  Second, defendants Manley, Butkiewicus and Knapp were not deliberately indifferent in leaving plaintiff in his cell for sixteen minutes.  Third, defendants Manley, Butkiewicus and Knapp have qualified immunity.  Finally, given that summary judgment should be rendered on the federal claims against defendants, this court should decline to exercise supplemental jurisdiction over plaintiff's state law claims.

In further support of this motion for summary judgment defendants submit the

attached affidavits, attached exhibit, attached Local Rule 56(a)(1) statement and attached memorandum of law to which the court is respectfully referred.

>                        DEFENDANTS
>
>                        Lt. Manley
>                        Lt. Butkiewicus
>                        Captain Knapp
>
>                        RICHARD BLUMENTHAL
>                        ATTORNEY GENERAL
>
>
>                        __/s/_____
>                  By:   Ann E. Lynch
>                        Assistant Attorney General
>                        110 Sherman Street
>                        Hartford, CT 06105
>                        Tel.: (860)808-5450
>                        Fax: (860) 808-5591
>                        Federal Bar No. ct08326

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing was mailed, postage prepaid, this _____ day of May 2005 to:

Corey Brooks, #237651
Cheshire Correctional Institution
900 Highland Ave.
Cheshire Ct 06410

>                        __/s/_____
>                        Ann E. Lynch
>                        Assistant Attorney General