UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| | ) | |
| | ) | PRISONER |
| COREY BROOKS | ) | Case No.3:03cv544(WWE)(HBF) |
| | ) | |
| v. | ) | |
| | ) | |
| LARRY MYERS ET AL | ) | Notice of Manual Filing |
| | ) | |

    Please take notice that Defendants, Knapp, Manley and Butkiewicus have manually filed the following document or thing

    Curriculum Vitae for Dr. Edward Blanchette

    Medical Incident Report dated August 26, 2002 for inmate Brooks

This document has not been filed electronically because

[x]    the document or thing cannot be converted to an electronic format
[ ]    the electronic file size of the document exceeds 1.5 megabytes
[ ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[x]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

    Respectfully submitted,
    ___/s/_____
    Ann E. Lynch
    Assistant Attorney General
    110 Sherman Street
    Hartford, Ct, 06105
    Phone: (860) 808-5450
    Fax: (860) 808-5591
    E-mail: ann.lynch@po.state.ct.us
    Ct08326

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of May 20, 2005, first class postage prepaid, to:

Corey Brooks
#237651
Northern Correctional Institution
287 Bilton Road
Somers Ct 06071

                                                /s/
                                              Ann E. Lynch
                                              Assistant Attorney General