UNITED STATES DISTRICT COURT

DISTRICT  OF CONNECTICUT

FILED

COREY T. BROOKS

VS.

LARRY MYERS ET. AL.,

CASE NO. 3:03CV00544 (WWE) (HBF)

2005 JUN 21  ⊏ 4: 30

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

### PLAINTIFF'S STATEMENT OF DISPUTED FACTUAL ISSUES

DEFENDANTS HAVE MOVED FOR SUMMARY JUDGMENT ON THE PLAINTIFF'S CLAIM CONCERNIG THE USE OF EXCESSIVE FORCE. PURSUANT TO LOCAL RULE 56 OF THE FED: R. CIV. P. THE PLAINTIFF SUBMITTS THE FOLLOWING LIST OF GENUINE ISSUES OF MATERIAL FACT THAT REQUIRE THE DENIAL OF THE DEFENDANTS' MOTION.

1. WHETHER THE DEFENDANTS HAD CONTROL OR NOT OF THE SITUATION ONCE BOTH PLAINTIFF AND INMATE ROBINSON WERE HANDCUFFED BEHIND THE BACK.

2. WHETHER INMATE ROBINSON WAS OUT OF CONTROL AFTER HE WAS HANDCUFFED BEHIND HIS BACK.

3. WHETHER IT WAS NECCESSARY TO LEAVE PLAINTIFF IN CONTAMINATED CELL HANDCUFFED WHILE HE COULD NOT BARELY BREATHE FOR 15 TO 20 MINUTES.

4. WHETHER THE PLAINTIFF OR INMATE ROBINSON OFFERED ANY RESISTANCE OR DISOBEDIENCE WHILE HANDCUFFED, TO THOSE DEFENDANTS BEFORE THEY OPENED HIS CELL DOOR.

5. WHETHER DEFENDANTS KNEW PLAINTIFF WAS HAVING TROUBLE BREATHING WHILE CUFFED UP IN CONTAMINATED CELL, AND JUST DISREGARDED HIS CONDITION.

6. WHETHER OR NOT DEFENDANTS LEFT PLAINTIFF IN CONTAMINATED CELL HANDCUFFED FOR 15 TO 20 MINUTES, APPLIED ON A GOOD-FAITH EFFORT TO MAINTAIN OR RESTORE DISCIPLINE OR MALICIOUSLY AND SADISTICALLY TO CAUSE HARM.

7. WHETHER DEFENDANTS VIOLATED NORTHERN CORR. INST. RULES AND OR POLICIES. BY NOT REMOVING PLAINTIFF IMMEDIATLY FROM CONTAMINATED CELL AS THEIR POLICIES SAY SHOULD BE DONE.

COREY T. BROOKS #237651
CHESHIRE CORR. INST.
900 HIGHLAND AVE
CHESHIRE, CT 06410

Cory Brooks

DATE: JUNE 15, 2005

## CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS DAY OF JUNE 15 TO:

ASSISTANT ATTORNEY GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CONNECTICUT 06105

P

BY: COREY T. BROOKS
    Pro se litigant
    _Corey Brooks_
    900 HIGHLAND AVE
CHESHIRE, CT 06410