UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COREY T. BROOKS

|  |  |
|---|---|
| v. | PRISONER |
|  | Case No.    3:03CV544 (WWE) (HBF) |
| LARRY MYERS, et al. |  |

RULING AND ORDER

The defendants seek a thirty day extension of time to file a supplemental motion for summary judgment. The Motion [**doc. # 52**] is **GRANTED** nunc pro tunc.

SO ORDERED in Bridgeport, Connecticut, this 23rd of March, 2006.

/s/
Holly B. Fitzsimmons
United States Magistrate Judge