# United States District Court
# District of Connecticut

COREY T. BROOKS  
*Plaintiff*  
    v.       Case No.  3:03cv544(WWE)

LARRY MYERS, et al  
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

\_\_\_\_ A ruling on the following motions which are currently pending:  
Doc#

\_\_\_\_ A settlement conference

\_\_\_\_ A conference to discuss the following:

  X   Other:  STATUS CONFERENCE


SO ORDERED this   26th   day of   April  ,   2006   at Bridgeport, Connecticut.


/s/_____  
Warren W. Eginton  
Senior United States District Judge