UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY T. BROOKS, | : | CASE NO. 3:03-cv-00544 (WWE)(HBF) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| LARRY MYERS, ET AL., | : | |
| Defendants. | : | JUNE 27, 2006 |

## APPEARANCE

TO:   Clerk of the Court
      United States District Court
      District of Connecticut
      915 Lafayette Boulevard
      Bridgeport, CT 06604

Please enter the appearance of the undersigned attorney, Mark M. Porto, as pro bono counsel in this case for Plaintiff, Corey T. Brooks.

Dated at Hartford on this 27th day of June, 2006.

PLAINTIFF,
Corey T. Brooks

By /s/ Mark M. Porto
Mark M. Porto (ct24271)
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
mmporto@dbh.com
Its Attorney

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 27 day of June, 2006, by regular, first class mail to all counsel and pro se parties as follows:

Ann E. Lynch
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

/s/ Mark M. Porto
Mark M. Porto