UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY T. BROOKS, | : | CASE NO. 3:03-cv-00544 (WWE)(HBF) |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| LARRY MYERS, ET AL., | : | |
| Defendants. | : | JUNE 27, 2006 |

## APPEARANCE

TO:  Clerk of the Court
United States District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Please enter the appearance of the undersigned attorney, Robert E. Koosa, as pro bono counsel in this case for Plaintiff, Corey T. Brooks.

Dated at Hartford on this 27th day of June, 2006.

PLAINTIFF, Corey T. Brooks

By: _____
Robert E. Koosa (ct26191)
rekoosa@dbh.com
Day, Berry & Howard LLP
CityPlace I
Hartford, Connecticut 06103-3499
(860) 275-0100
(860) 275-0343 (fax)
Its Attorney

## **CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing was mailed on this 27th day of June, 2006, by regular, first class mail to all counsel and pro se parties as follows:

Ann E. Lynch
Attorney General's Office
110 Sherman Street
Hartford, CT 06105

_____
Robert E. Koosa