## RELEASE

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that Corey T. Brooks, does on behalf of himself, his successors and assigns, for and in consideration of the sum of Five hundred fifty dollars ($500.00) paid by the State of Connecticut herewith releases and forever discharges, the State of Connecticut, the State of Connecticut Department of Correction and its agents, officials or employees, Attorney General Blumenthal and his agents or employees, Larry Myers, Thomas Coates, Maurice Butler, Colleen Dudley, Matthew Regan, Robert Knapp, Lieutenant Butkiewicus, Kevin Manley, Stephen Badura and any and all defendants named by Corey T. Brooks in any action brought by Corey T. Brooks against the State of Connecticut, employees, agents, officials which is pending on this date, and all other present or former officers, agents and employees of the State of Connecticut, and the State of Connecticut itself, from all actions, causes of actions, suits, claims, controversies, damages and demands of every nature and name, in law or in equity, including attorneys' fees and costs, which Corey T. Brooks, his successors and assigns, ever had, now has or hereafter can, shall or may have, including but not limited to the following matters:

Brooks v. Myers, et al.  Civil No. 3:03CV544(WWE)(HBF)

IN WITNESS WHEREOF, Corey T. Brooks, does hereby set his hand this _13_ day of ~~June~~ July 2006.

_____
Corey T. Brooks

Subscribed and sworn to, before me, this _13th_ day of July 2006.

_____
Notary Public

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 08/31/2006

CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FOREGOING WAS MAILED THIS DAY 19TH OF JULY 2006 TO:

TO:
ASSISTANT ATTORNEY
     GENERAL
ANN E LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

By COREY BROOKS
   Corey Brooks
RADGOWSKI CORR. INST.
986 NORWICH-NEW LONDON TPKE
UNCASVILLE, CT 06382