```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

Corey Brooks

V.                              Case Number:  3:03cv544(WWE)

Larry Myers, et al

```
                          NOTICE  TO  COUNSEL
                          --------------------
```

The above-entitled case was reported to the Court on 7/24/06 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 23, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, July 24, 2006.

```
                         KEVIN F. ROWE, CLERK

                    By:/s/ _____
                         Rosalie A. Krajcik
                         Deputy Clerk
```