UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COREY T. BROOKS | : | CIVIL ACTION 3:03CV544(WWE) |
| | : | (HBF) |
| v. | : | |
| LARRY MYERS et al | : | JULY 10, 2006 |

### SETTLEMENT AGREEMENT

WHEREAS, the above-captioned matter was brought by Corey T. Brooks, as the plaintiff against various employees of the State of Connecticut Department of Correction and/or the State of Connecticut; and

**WHEREAS**, the parties agree that settlement of all the issues raised by the above-captioned action would best serve the interests of the parties;

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, and for and in consideration of the promises, agreements, covenants and conditions herein contained, the adequacy and sufficiency of which are hereby acknowledged by each of the parties hereto, the parties stipulate and agree as follows:

1. This Agreement constitutes a compromise and settlement of this action and any other actions currently pending or which could have been brought as of this date against the State of Connecticut, its agencies, agents, and/or current or former employees.

Nothing contained herein, nor any actions taken by any party in connection herewith, shall constitute, be construed as, or be deemed to be, an admission of fault, liability, or wrongdoing, or an admission of a lack of a claim, and is merely to avoid further litigation with the parties to this action.

RECEIVED
JUL 27 2006

2. The plaintiff shall immediately, and with prejudice and without any award of costs or attorneys fees, stipulate to dismiss this matter with prejudice and shall execute the Release of Liability which is attached hereto as Exhibit A.

3. Upon the execution by the plaintiff of the signed Release of Liability, the dismissal of this action, the State of Connecticut shall, as soon as possible, issue a check, made payable to Corey T. Brooks, in the amount of five hundred dollars ($500.00). This consideration is in full discharge, satisfaction and release of all the claims asserted in connection with the above captioned action.

4. The parties expressly acknowledge that this settlement is intended to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit, which could have been the subject of this lawsuits and/or relate to, refer to and/or reflect plaintiff's incarceration in the State of Connecticut. In furtherance thereof, the undersigned plaintiff does now and forever release the defendants to this matter and any present or former officers, agents and employees of the State of Connecticut, Department of Correction and the State of Connecticut itself from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned matters in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

5. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of these lawsuits and matters with respect to all of the defendants thereto, and that the respective parties will each bear their own costs, fees, and expenses.

6. This Settlement Agreement may be executed in counterpart. A copy or facsimile copy shall be as valid as the original.

|  |  |
|---|---|
| Date: JULY 13TH, 2006 | PLAINTIFF<br>Corey T. Brooks<br><br>*Corey Brooks*<br>Corey T. Brooks |
| Subscribed to and sworn to before me this 13 day of July, 2006.<br><br>*Gary Credit*<br>Notary Public<br>My Commission Expires: 8-31-06<br><br>GARY CREDIT<br>NOTARY PUBLIC<br>COMMISSION EXPIRES 08/31/2006 |  |
| Date: 7/27/06 | DEFENDANTS<br>Larry Myers et al.<br><br>*Ann E. Lynch*<br>Ann E. Lynch<br>Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>Tel: (860) 808-5450<br>Juris No 409860 |

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed this 27 day of July, 2006, first class postage prepaid to:

Corey T. Brooks
#237651
Radgowski Correctional Institution
986 Norwich New London Turnpike
Uncasville Ct 06382

*Ann E. Lynch*
Ann E. Lynch
Assistant Attorney General