UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COREY T. BROOKS | : CIVIL ACTION 3:03CV544(WWE) |
| | : (HBF) |
| | : |
| v. | : |
| | : |
| WARDEN LARRY MYERS et al | : JULY 10, 2006 |

### JOINT MOTION FOR DISMISSAL
### IN ACCORDANCE WITH SETTLEMENT AGREEMENT

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties in the above entitled action hereby move for dismissal with prejudice and without costs to any party in accordance with the attached Settlement Agreement entered into between the parties to this matter.

PLAINTIFF
COREY T. BROOKS

Date: JULY 13th, 2006            *Corey Brooks*
                                  Corey T. Brooks

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 08/31/2006

Subscribed to and sworn to before me this 13 day of July, 2006.

*Gary Credit*
Notary Public
My Commission Expires: 8-31-06

DEFENDANTS
Larry Myers et al.

Date: 7/27/06                    *Ann E. Lynch*
                                  Ann E. Lynch
                                  Assistant Attorney General
                                  110 Sherman Street
                                  Hartford, CT 06105
                                  Tel: (860) 808-5450
                                  Juris No 409860

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of July, 2006, first class postage prepaid to:

Corey Brooks, Inmate #237651
Corrigan-Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

Ann E. Lynch
Assistant Attorney General