UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| COREY T. BROOKS | : CIVIL ACTION 3:03CV544(WWE) |
| | :                                (HBF) |
| | : |
| v. | : |
| | : |
| WARDEN LARRY MYERS et al | : JULY 10, 2006 |

**JOINT MOTION FOR WAIVER OF FILING FEES**

The plaintiff, Corey T. Brooks and the defendants Larry Myers et al hereby move the court to waive the filing fees in this case. In the interest of judicial economy, plaintiff and defendants have stipulated to a dismissal, with prejudice and without costs. The waiver of filing fees would promote judicial economy in encouraging similar stipulations in the future by other litigants in other matters.

PLAINTIFF
Corey T. Brooks

Date: JULY 13TH, 2006

_Corey Brooks_
Corey T. Brooks

Subscribed to and sworn to before me this 13
day of ___July___, 2006.

_____
Notary Public
My Commission Expires: 8-31-06

GARY CREDIT
NOTARY PUBLIC
COMMISSION EXPIRES 08/31/2006

DEFENDANTS
Larry Myers et al.

Date: 7/27/06

_Ann E. Lynch_
Ann E. Lynch
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Juris No 409860

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 27th day of July, 2006, first class postage prepaid to:

Corey Brooks, Inmate #237651
Corrigan-Radgowski Correctional Institution
986 Norwich-New London Turnpike
Uncasville, CT 06382

*Ann E. Lynch*
Ann E. Lynch
Assistant Attorney General