# CERTIFICATION

I HEREBY CERTIFY THAT A COPY OF THE FORGOING WAS MAILED ON JULY 26TH 2006 TO:

ASSISTANT ATTORNEY
    GENERAL
ANN E. LYNCH
110 SHERMAN STREET
HARTFORD, CT 06105

By: Corey Brooks
COREY BROOKS #237651
RADGOWSKI CORR. INST.
986 NORWICH-NEW LONDON TPKE
UNCASVILLE, CT 06382