UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

COREY T. BROOKS

    v.                                PRISONER
Case No. 3:03CV544 (WWE)

LARRY MYERS, ET AL.

## ORDER

Pending before the court is a joint motion for waiver of court fees and joint motion to dismiss in accordance with the settlement agreement. The plaintiff and defendants move the court to dismiss the case with prejudice and without costs to any party in accordance with the Settlement Agreement filed with the court on July 31, 2006. The parties also move the court to waive the remaining court fees owed by the plaintiff in this action as part of a Settlement Agreement.

The Joint Motions to Dismiss in Accordance with Settlement Agreement and for Waiver of Filing Fees [**docs. ## 68, 69**] are **GRANTED**. The Clerk is directed to request that the Department of Correction stop withholding funds from the plaintiff's inmate account to be used to pay the filing fee in this case and to return to the plaintiff those funds that have already been set aside.

SO ORDERED in Bridgeport, Connecticut, this 20th day of September, 2006.

_____/s/_____
Warren W. Eginton
Senior United States District Judge